AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

International Brotherhood Of Electrical
Workers Local 98 Pension Fund,

**SUMMONS IN A CIVIL CASE**

V.

Angelo R. Mozilo, Henry G. Cisneros, Robert L.
Donato, Harley W. Snyder, Jeffrey M. Cunningham,
Martin R. Melone, Robert T. Parry, Oscar P.     CASE NUMBER:     07-372
Robertson, Keith P. Russell, Michael E.
Dougherty, and Countrywide Financial Corporation

TO: (Name and address of Defendant)

           Henry G. Cisneros
      c/o The Prentice-Hall Corporation System, Inc.
      2711 Centerville Road Suite 400
      Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

      Robert D. Goldberg
      Biggs and Battaglia Law Firm
      921 North Orange Street
      P.O. Box 1489
      Wilmington, Delaware 19899-1489

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JUN 1 8 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/18/07 |

| | TITLE |
|---|---|
| NAME OF SERVER *(PRINT)* Robert E Carey | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

☒ Other (specify): served registered agent CSC/Prentice/hall
271 Centerville Rd. Wilm DE 19808/

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ____6/19/07____        _____
                    Date                              *Signature of Server*

921 N. Orange St. Wilm DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

International Brotherhood Of Electrical
Workers Local 98 Pension Fund,

**SUMMONS IN A CIVIL CASE**

V.

Angelo R. Mozilo, Henry G. Cisneros, Robert L.
Donato, Harley W. Snyder, Jeffrey M. Cunningham,
Martin R. Melone, Robert T. Parry, Oscar P.     CASE NUMBER:     07-372
Robertson, Keith P. Russell, Michael E.
Dougherty, and Countrywide Financial Corporation

TO: (Name and address of Defendant)

Harley W. Snyder
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D. Goldberg
Biggs and Battaglia Law Firm
921 North Orange Street
P.O. Box 1489
Wilmington, Delaware 19899-1489

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    JUN 1 8 2007

_____          _____
CLERK                                   DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/18/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Robert E Carey | paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served registered agent CSC/Prentice Hall
2711 Centerville Rd. Wilm DE 19808

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/19/07    _____
                  Date              *Signature of Server*

921 N. Orange St. Wilm DE
19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

◈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

International Brotherhood Of Electrical
Workers Local 98 Pension Fund,

**SUMMONS IN A CIVIL CASE**

V.

Angelo R. Mozilo, Henry G. Cisneros, Robert L.
Donato, Harley W. Snyder, Jeffrey M. Cunningham,
Martin R. Melone, Robert T. Parry, Oscar P.     CASE NUMBER:      07-372
Robertson, Keith P. Russell, Michael E.
Dougherty, and Countrywide Financial Corporation

TO: (Name and address of Defendant)

Jeffrey M. Cunningham
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D. Goldberg
Biggs and Battaglia Law Firm
921 North Orange Street
P.O. Box 1489
Wilmington, Delaware 19899-1489

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

JUN 1 8 2007

PETER T. DALLEO

CLERK

DATE

(By) DEPUTY CLERK

◆AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/18/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Robert E Covey | paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served registered agent CSC/Prentice Hall
2711 Centerville Rd. Wilm DE 19808

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __6/19/07__       _____
                 Date                    Signature of Server

921 N. Orage St. Wilm DE
19801
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

International Brotherhood Of Electrical
Workers Local 98 Pension Fund,

**SUMMONS IN A CIVIL CASE**

V.

Angelo R. Mozilo, Henry G. Cisneros, Robert L.
Donato, Harley W. Snyder, Jeffrey M. Cunningham,
Martin R. Melone, Robert T. Parry, Oscar P.     CASE NUMBER:     07-372
Robertson, Keith P. Russell, Michael E.
Dougherty, and Countrywide Financial Corporation


TO: (Name and address of Defendant)     Martin R. Melone
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road Suite 400
Wilmington, Delaware 19808


**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D. Goldberg
Biggs and Battaglia Law Firm
921 North Orange Street
P.O. Box 1489
Wilmington, Delaware 19899-1489


an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.


PETER T. DALLEO

JUN 1 8 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/18/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Robert F. Carey | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

☑ Other (specify): Served registered agent CSC/Prentice Hall 2711 Centerville Rd. Wilm De 19808

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/19/07
              *Date*

_____
*Signature of Server*

921 N. Orange St. Wilm DE 19801
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

International Brotherhood Of Electrical
Workers Local 98 Pension Fund,

**SUMMONS IN A CIVIL CASE**

V.

Angelo R. Mozilo, Henry G. Cisneros, Robert L.
Donato, Harley W. Snyder, Jeffrey M. Cunningham,
Martin R. Melone, Robert T. Parry, Oscar P.    CASE NUMBER:    07-372
Robertson, Keith P. Russell, Michael E.
Dougherty, and Countrywide Financial Corporation

TO: (Name and address of Defendant)    Robert T. Parry
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D. Goldberg
Biggs and Battaglia Law Firm
921 North Orange Street
P.O. Box 1489
Wilmington, Delaware 19899-1489

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

CLERK

(By) DEPUTY CLERK

JUN 1 8 2007

DATE

AO 440  (Rev.  8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/18/07 |

| NAME OF SERVER (PRINT) Robert E Carey | TITLE Paralegal |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): *Served registered agent CSC/Prentice Hall 2711 Centerville Rd. Wilm DE 19808*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/19/07___          _____
                Date                    *Signature of Server*

                           *921 N. Orange ST Wilm DE 19801*
                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

International Brotherhood Of Electrical
Workers Local 98 Pension Fund,

**SUMMONS IN A CIVIL CASE**

V.

Angelo R. Mozilo, Henry G. Cisneros, Robert L.
Donato, Harley W. Snyder, Jeffrey M. Cunningham,
Martin R. Melone, Robert T. Parry, Oscar P.     CASE NUMBER:     07-372
Robertson, Keith P. Russell, Michael E.
Dougherty, and Countrywide Financial Corporation

TO: (Name and address of Defendant)     Countrywide Financial Corporation

c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D. Goldberg
Biggs and Battaglia Law Firm
921 North Orange Street
P.O. Box 1489
Wilmington, Delaware 19899-1489

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                      JUN 1 8 2007

CLERK _____     DATE _____

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/18/07 |

| NAME OF SERVER (PRINT) Robert E Carey | TITLE Paralegal |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served registered agent CSC / Prentice Hall 2711 Centerville Rd. Wilton, De 19808

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/19/07
      Date           Signature of Server

                  921 N. Orange St. Wilm DE 19801
                  Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of                          Delaware

International Brotherhood Of Electrical
Workers Local 98 Pension Fund,

**SUMMONS IN A CIVIL CASE**

V.

Angelo R. Mozilo, Henry G. Cisneros, Robert L.
Donato, Harley W. Snyder, Jeffrey M. Cunningham,
Martin R. Melone, Robert T. Parry, Oscar P.     CASE NUMBER:     07-372
Robertson, Keith P. Russell, Michael E.
Dougherty, and Countrywide Financial Corporation

TO: (Name and address of Defendant)        Oscar P. Robertson
        c/o The Prentice-Hall Corporation System, Inc.
        2711 Centerville Road Suite 400
        Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

        Robert D. Goldberg
        Biggs and Battaglia Law Firm
        921 North Orange Street
        P.O. Box 1489
        Wilmington, Delaware 19899-1489

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          JUN 1 8 2007

CLERK

(By) DEPUTY CLERK                        DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/18/07 |

| | TITLE |
|---|---|
| NAME OF SERVER (PRINT) Robert E. Clark | Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served registered agent CSC/Prentice Hall 2711 Centerville Rd. Wilm DE 19808

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___6/19/07___       _____
                 Date                        *Signature of Server*

___921 N. Orange St. Wilm DE 19801___
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

International Brotherhood Of Electrical
Workers Local 98 Pension Fund,

### SUMMONS IN A CIVIL CASE

V.

Angelo R. Mozilo, Henry G. Cisneros, Robert L.
Donato, Harley W. Snyder, Jeffrey M. Cunningham,
Martin R. Melone, Robert T. Parry, Oscar P.      CASE NUMBER:    07-372
Robertson, Keith P. Russell, Michael E.
Dougherty, and Countrywide Financial Corporation

TO: (Name and address of Defendant)

Keith P. Russell
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D. Goldberg
Biggs and Battaglia Law Firm
921 North Orange Street
P.O. Box 1489
Wilmington, Delaware 19899-1489

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                    JUN 1 8 2007

CLERK                                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/19/07 |
| NAME OF SERVER *(PRINT)* Robert E Carey | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): served registered agent CSC/Prentice Hall
   2711 Centerville Rd. Wilm. DE 19808

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/19/07          _____
              Date                    *Signature of Server*

                    921 N. Orange St. Wilm DE
                    19801
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

International Brotherhood Of Electrical
Workers Local 98 Pension Fund,

**SUMMONS IN A CIVIL CASE**

V.

Angelo R. Mozilo, Henry G. Cisneros, Robert L.
Donato, Harley W. Snyder, Jeffrey M. Cunningham,
Martin R. Melone, Robert T. Parry, Oscar P.      CASE NUMBER:        07-372
Robertson, Keith P. Russell, Michael E.
Dougherty, and Countrywide Financial Corporation

TO: (Name and address of Defendant)    Angelo R. Mozilo
             c/o The Prentice-Hall Corporation System, Inc.
             2711 Centerville Road Suite 400
             Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

             Robert D. Goldberg
             Biggs and Battaglia Law Firm
             921 North Orange Street
             P.O. Box 1489
             Wilmington, Delaware 19899-1489

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

JUN 1 8 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/18/07 |

| NAME OF SERVER (PRINT) *Robert E Carey* | TITLE *Paralegal* |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): *Served registered agent CSC/Prentice-Hall 2711 Centerville Rd. Wilm, DE 19808*

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/19/07
Date                      Signature of Server

*921 N. Orange St. Wilm, DE 19801*
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

International Brotherhood Of Electrical
Workers Local 98 Pension Fund,

**SUMMONS IN A CIVIL CASE**

V.

Angelo R. Mozilo, Henry G. Cisneros, Robert L.
Donato, Harley W. Snyder, Jeffrey M. Cunningham,
Martin R. Melone, Robert T. Parry, Oscar P.       CASE NUMBER:       07-372
Robertson, Keith P. Russell, Michael E.
Dougherty, and Countrywide Financial Corporation

TO: (Name and address of Defendant)        Michael E. Dougherty
           c/o The Prentice-Hall Corporation System, Inc.
           2711 Centerville Road Suite 400
           Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

           Robert D. Goldberg
           Biggs and Battaglia Law Firm
           921 North Orange Street
           P.O. Box 1489
           Wilmington, Delaware 19899-1489

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

**JUN 1 8 2007**

CLERK

DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/18/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Robert E Carey | paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): served registered agent CSC/Prentice Hall
   2711 Centerville Rd. Wilton DE 19808

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/19/07
              _____          _____
                  Date                  Signature of Server

                              921 N. Orange St. Wilm DE
                              _____  19801
                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

International Brotherhood Of Electrical
Workers Local 98 Pension Fund,

**SUMMONS IN A CIVIL CASE**

V.

Angelo R. Mozilo, Henry G. Cisneros, Robert L.
Donato, Harley W. Snyder, Jeffrey M. Cunningham,
Martin R. Melone, Robert T. Parry, Oscar P.      CASE NUMBER:      07-372
Robertson, Keith P. Russell, Michael E.
Dougherty, and Countrywide Financial Corporation

TO: (Name and address of Defendant)      Robert L. Donato
c/o The Prentice-Hall Corporation System, Inc.
2711 Centerville Road Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Robert D. Goldberg
Biggs and Battaglia Law Firm
921 North Orange Street
P.O. Box 1489
Wilmington, Delaware 19899-1489

an answer to the complaint which is served on you with this summons, within ____20____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                                        JUN 1 8 2007

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440  (Rev. 8/01)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE *6/18/07* | |
| NAME OF SERVER *(PRINT)* *Robert E. Carey* | TITLE *Paralegal* | |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the defendant.  Place where served: _____

☐  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
    discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☑  Other (specify):  *served registered agent CSC/Prentice Hall*
    *2711 Centerville Rd. Wilm, DE 19808*

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   *6/19/07*   _____
                  Date              *Signature of Server*

                        *921 N. Orange St. Wilm DE*
                        *19801*
                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.