IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERNATIONAL BROTHERHOOD OF )
ELECTRICAL WORKERS LOCAL 98 )
PENSION FUND, )
  )
  )
  )
Plaintiff, )
  ) C.A. No. 07-372-***
  )
v. )
  )
ANGELO R. MOZILO, HENRY G. )
CISNEROS, ROBERT L. DONATO, HARLEY )
W. SNYDER, JEFFREY M. CUNNINGHAM, )
MARTIN R. MELONE, ROBERT T. PARRY, )
OSCAR P. ROBERTSON, KEITH P. )
RUSSELL, MICHAEL E. DOUGHERTY, and )
COUNTRYWIDE FINANCIAL CORPORATION, )
  )
  )
Defendants. )

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties

hereto, through their respective counsel and subject to the approval of the Court, that the

time within which Defendants shall move, answer or otherwise respond to the Complaint

is extended to and including August 23, 2007.

If any Defendant moves to dismiss the Complaint, the following briefing schedule

shall control:

1. Defendant(s) shall file opening briefs in support of any motion to dismiss

on or before August 23, 2007.

2. Plaintiff shall file answering briefs in opposition to any motion to

dismiss on or before September 28, 2007.

3.    Defendant(s) shall file reply briefs in support of any motion to dismiss

thirty (30) days after service of Plaintiff's answering briefs in opposition to any motion to

dismiss.

Robert D. Goldberg (#631)
goldberg@batlaw.com
Biggs and Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, Delaware  19899
(302) 655-9677
Attorneys for Plaintiff

Thomas A. Beck (#2086)
beck@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19801
(302)-651-7700
Attorneys for Defendants

OF COUNSEL
Barrack, Rodos & Bacine
Alexander Arnold Gershon
Regina M. Calcaterra
Gloria Kui
1350 Broadway, Suite 1001
New York, NY  10018
(212) 688-0782

OF COUNSEL
Goodwin Procter LLP
Brian E. Pastuszenski
Stuart M. Glass
Exchange Place
53 State Street
Boston, MA  02113
(617) 570-1000

Barrack, Rodos & Bacine
Daniel E. Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA  19103
(215) 963-0600

Dated: July 6, 2007

Dated: July 6, 2007

**SO ORDERED**, this ___ day of July, 2007.

_____
United States District Judge