IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INTERNATIONAL BROTHERHOOD OF )
ELECTRICAL WORKERS LOCAL 98 )
PENSION FUND, )
)                    C.A. No.  07-372-***
        Plaintiff, )
)
v. )
)
ANGELO R. MOZILO, HENRY G. )
CISNEROS, ROBERT L. DONATO, )
HARLEY W. SNYDER, JEFFREY M. )
CUNNINGHAM, MARTIN R. MELONE, )
ROBERT T. PARRY, OSCAR P. )
ROBERTSON, KEITH P. RUSSELL, )
MICHAEL E. DOUGHERTY, and )
COUNTRYWIDE FINANCIAL )
CORPORATION, )
)
        Defendants. )

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission

*pro hac vice* of Stuart M. Glass and Brian E. Pastuszenski of Goodwin Procter, 53 State Street,

Exchange Place, Boston, Massachusetts 02109 to represent Defendants in this matter.

Thomas A. Beck (#2086)
beck@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
Dated:  August 9, 2007                    Attorneys for Defendants

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted

on this _____ day of August, 2007.

_____
United States District Judge

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Massachusetts, the United States Supreme Court, the United States Court of Appeals for the First Circuit, the United States District Courts for Massachusetts, Colorado and the Eastern District of Michigan, the United States Tax Court and the United States Bankruptcy Court for the District of Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

Brian E. Pastuszenski
Goodwin Procter LLP
53 State Street
Exchange Place
Boston, MA 02109

Dated: July 27, 2007

## CERTIFICATION BY COUNSEL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I hereby certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Massachusetts, the United States Court of Appeals for the First and Second Circuits and the United States District Courts for Massachusetts and Colorado, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee for $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ■ to the Clerk's Office upon the filing of this motion.

Stuart M. Glass
Goodwin Procter LLP
53 State Street
Exchange Place
Boston, MA 02109

Dated: July 27 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 9, 2007, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to, and also hand delivered same to:

> Robert D. Goldberg, Esquire
> Biggs & Battaglia
> 921 North Orange Street
> P.O. Box 1489
> Wilmington, DE 19899

Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE  19899