IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, MICHAEL E. DOUGHERTY, and COUNTRYWIDE FINANCIAL CORPORATION,<br><br>Defendants. | C.A. No. 07-372-***<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the Stipulation and Order dated July 6, 2007 as entered by the Court on July 9, 2007 is amended as follows:

1. On Friday August 17, 2007, Plaintiff advised counsel for defendants that it intends to file an amended complaint and that therefore the Defendants need not move, answer or otherwise respond to the current complaint in this matter. Defendants' response to the current complaint is now due on August 23, 2007.

2. Plaintiff will file an amended complaint on or before September 19, 2007.

3. Defendants shall have sixty (60) days after service of Plaintiff's amended complaint to move, answer or otherwise respond to the amended complaint.

4.  If Defendants move to dismiss Plaintiff's amended complaint, then: (i) Plaintiff shall file its answering brief in opposition thirty (30) days after service of Defendants' opening brief; and (ii) Defendants shall file their reply brief thirty (30) days after service of Plaintiff's answering brief in opposition.

| | |
|---|---|
| /s/ Robert D. Goldberg | /s/ Steven J. Fineman |
| Robert D. Goldberg (#631) | Thomas A. Beck (2086) |
| Biggs & Battaglia | beck@rlf.com |
| 921 North Orange Street | Steven J. Fineman (#4025) |
| P.O. Box 1489 | fineman@rlf.com |
| Wilmington, DE 19899 | Richards Layton & Finger |
| (302) 655-9677 | One Rodney Square |
| goldberg@batlaw.com | P.O. Box 551 |
| Attorneys for Plaintiff | Wilmington, DE 19899 |
| | 302-651-7700 |
| | Attorneys for Defendants |

Of Counsel:

Barrack, Rodos & Bacine
Alexander Arnold Gershon
Regina M. Calcaterra
Gloria Kui
1350 Broadway, Suite 1001
New York, NY 10018
(212) 688-0782

Barrack, Rodos & Bacine
Daniel E. Bacine
Two Commerce Square
2001 Market Street, Suite 3300
Philadelphia, PA 19103
(215) 963-0600

Of Counsel:

Goodwin Procter LLP
Brian E. Pastuszenski
Stuart M. Glass
Exchange Place
53 State Street
Boston, MA 02109
(617) 570-1000

SO ORDERED this _____ day of _____, 2007

_____
United States District Judge