IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, MICHAEL E. DOUGHERTY, and COUNTRYWIDE FINANCIAL CORPORATION,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    C.A. No. 07 -372-UNA<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel and subject to the approval of the Court, that the Stipulation and Order entered by the Court on August 22, 2007 (the "Order") is amended as follows:

1.      Under the Order, Defendants' response to the Verified Amended Complaint is due on or before November 13, 2007.

2.      On November 6, 2007, counsel for Plaintiff in this action filed a shareholder derivative action, on behalf of Countrywide Financial Corporation, styled *Blumberg v. Angelo R. Mozilo, et al.*, Case No. 07-717.  Counsel for Plaintiff identified the new *Blumberg* action as related to the present case.

3.      On November 8, 2007, counsel for Plaintiff advised counsel for Defendants that it intends to file a motion to consolidate the two actions and, if the actions are consolidated, will file a consolidated amended complaint.  Defendants have not yet taken a position on any such consolidation motion and reserve all rights in this regard.

4.      Accordingly, in the interest of efficiency, the parties have agreed that Defendants need not respond to the Verified Amended Complaint in the present action and shall have sixty (60) days after service of any consolidated amended complaint to move, answer or otherwise respond to such consolidated amended complaint.  In the event that the present case and the *Blumberg* case are not consolidated, the parties shall meet and confer on a reasonable schedule for Defendants to respond to the Verified Amended Complaint.

2

Defendants, COUNTRYWIDE FINANCIAL CORP.,
ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT
J. DONATO, HARLEY W. SNYDER, JEFFREY M.
CUNNINGHAM, MARTIN R. MELONE, ROBERT T.
PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL,

By their attorneys,

Dated:  November 9, 2007            /s/ Steven J. Fineman
                                    Thomas A. Beck (#2086)
                                    beck@rlf.com
                                    Steven J. Fineman (#4025)
                                    fineman@rlf.com
                                    RICHARDS, LAYTON & FINGER, P.A.
                                    One Rodney Square
                                    P.O. Box 551
                                    Wilmington, DE  19801
                                    Telephone:  302.651.7700

                                    OF COUNSEL
                                    Brian E. Pastuszenski (*pro hac vice*)
                                    Stuart M. Glass  (*pro hac vice*)
                                    GOODWIN PROCTER LLP
                                    53 State Street
                                    Exchange Place
                                    Boston, MA 02109
                                    Telephone:  617.570.1000

                                    Defendant, MICHAEL E. DOUGHERTY,

                                    By his attorneys,

Dated:  November 9, 2007            /s/ Edward B. Micheletti
                                    Edward P. Welch (#671)
                                    ewelch@skadden.com
                                    Edward B. Micheletti (#3794)
                                    emich@skadden.com
                                    SKADDEN, ARPS, SLATE, MEAGHER
                                    & FLOM LLP
                                    One Rodney Square
                                    Wilmington, DE  19801
                                    Telephone: 302.651.3060

3

Plaintiff, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND,

By its attorneys,


Dated:  November 9, 2007         /s/ Robert D. Goldberg
                                 Robert D. Goldberg (#631)
                                 Goldberg@batlaw.com
                                 BIGGS and BATTAGLIA
                                 921 North Orange Street
                                 P.O. Box 1489
                                 Wilmington, DE  19899
                                 Telephone:  302.655.9677

                                 OF COUNSEL
                                 BARRACK, RODOS & BACINE
                                 Alexander Arnold Gershon
                                 Regina M. Calcaterra
                                 Gloria Kui
                                 1350 Broadway, Suite 1001
                                 New York, NY  10018
                                 212.688.0782

                                 BARRACK, RODOS & BACINE
                                 Daniel Bacine
                                 Two Commerce Square
                                 2001 Market Street, Suite 3300
                                 Philadelphia, PA  19103
                                 215.963.0600


**SO ORDERED**, this ___ day of November, 2007.


                                 _____
                                 United States District Judge


4