**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, MICHAEL E. DOUGHERTY, and COUNTRYWIDE FINANCIAL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) | CA No. 07 – 00372 *** (MPT)  **Jury Trial Demanded** |
| Defendants. | ) ) | |
| ADAM BLUMBERG, | ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL MICHAEL E. DOUGHERTY, DAVID SAMBOL, KATHLEEN BROWN and COUNTRYWIDE FINANCIAL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) | CA No. 07 – 00717 *** (MPT)  **Jury Trial Demanded** |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2007, I **electronically** filed **Plaintiffs' Motion to Consolidate Related Cases, Opening Brief in Support of Plaintiffs' Motion to Consolidate Related Cases, Declaration of Alexander Arnold Gershon in Support of Plaintiffs' Motion to Consolidate Related Cases, Exhibit A and Certificate Pursuant to District Court of Delaware** with the Clerk of Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Fineman, Esquire
>Thomas A. Beck, Esquire
>Richards, Layton & Finger
>One Rodney Square
>P.O. Box 551
>Wilmington, DE 19801

>Brian E. Pastuszenski, Esquire
>Goodwin Procter, LLP
>Exchange Place
>53 State Street
>Boston, MA 02113

>Stuart M. Glass
>Goodwin Procter, LLP
>Exchange Place
>53 State Street
>Boston, MA 02113

>**BIGGS and BATTAGLIA**
>
>By: /s/ Robert D. Goldberg
>Robert D. Goldberg (I.D. No. 631)
>921 North Orange Street
>PO Box 1489
>Wilmington, DE  19899-1489
>Tel:  (302) 655-9677
>Fax: (302) 655-7924
>goldberg@batlaw.com
>Attorney for Plaintiffs

December 20, 2007