IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 07-372-*** |
| v. | ) ) | |
| ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, MICHAEL E. DOUGHERTY, and COUNTRYWIDE FINANCIAL CORPORATION, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| ADAM BLUMBERG, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 07-717-*** |
| v. | ) ) | |
| ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, MICHAEL E. DOUGHERTY, DAVID SAMBOL, KATHLEEN BROWN and COUNTRYWIDE FINANCIAL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FED. R. CIV. P. 42(A) AND FOR APPOINTMENT OF LEAD COUNSEL AND LIAISON COUNSEL**

RLF1-3241350-1

Defendants Countrywide Financial Corporation ("Countrywide"), Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell and David Sambol (together with Countrywide, "Defendants") do not oppose plaintiffs' motion to consolidate the above-captioned actions - *International Brotherhood of Electrical Workers Local 98 Pension Fund v. Angelo R. Mozilo, et al.*, Case No. 07-00372 \*\*\* ("IBEW") and *Adam Blumberg v. Angelo R. Mozilo, et al.*, Case No. 07-00717 \*\*\* ("Blumberg"). Consolidation of these virtually identical actions will conserve the resources of the parties and of the Court, avoid duplication of effort, and avoid potentially inconsistent determinations as to common legal and factual issues. Defendants also take no position with respect to plaintiffs' request for appointment of lead counsel and liaison counsel.

Defendants submit this response simply to point out plaintiffs' erroneous statement in their motion that the derivative actions currently being litigated in the Central District of California are "sufficiently distinct" from the IBEW and Blumberg actions. Plaintiffs' Opening Brief at 5, n.3, D.I. 11 (07-372); D.I. 7 (07-717). There are three derivative cases currently pending in the Central District of California brought ostensibly on behalf of Countrywide – *Miller v. Mozilo,* Case No. CV07-06444-MRP, *Arkansas Teacher Retirement System v. Mozilo*, Case No. CV07-06923-MRP, *Public Employees' Retirement System of Mississippi v. Mozilo,* Case No. CV07-07058-MRP (collectively, the "California Derivative Actions"). Rather than being "sufficiently distinct" from the IBEW and Blumberg cases, the California Derivative Actions are all ostensibly brought on behalf of the same entity, Countrywide Financial, and involve virtually identical defendants and substantially similar claims as those at issue in the IBEW and Blumberg cases. Specifically, the IBEW and Blumberg cases and the California

1

Derivative Actions involve alleged misstatements or omissions in Countrywide's 2006 and 2007 proxy statements, claims for breach of fiduciary duty and waste, allegations of trading by defendants while supposedly in possession of material, nonpublic information, and allegations that defendants caused the Company to repurchase shares of Countrywide stock at artificially inflated prices. Given that the Central District of California is a more convenient forum for the parties and the witnesses, that all or substantially all of the relevant documents or information are located in California, that all of the material events alleged in the IBEW and Blumberg complaints occurred in California, and that the interests of judicial economy would be promoted by permitting "suits involving the same parties and issues to proceed before one court," Defendants intend to file a motion to transfer the IBEW and Blumberg cases to the Central District of California pursuant to 28 U.S.C. § 1404(a). *See Weisler v. Barrows*, 2006 WL 3201882, at *3 (D. Del. Nov. 6, 2006). Once transferred Defendants will move to consolidate the IBEW and Blumberg actions into the California Derivative Actions currently pending before Judge Mariana Pfaelzer in the Central District of California.

| | |
|---|---|
| OF COUNSEL:<br><br>Brian E. Pastuszenski<br>Stuart M. Glass<br>Goodwin Procter<br>53 State Street<br>Exchange Place<br>Boston, MA 02109<br>617-570-1000<br><br>Dated: January 7, 2008 | /s/ Thomas A. Beck<br>Thomas A. Beck (#2086)<br>beck@rlf.com<br>Steven J. Fineman (#4025)<br>fineman@rlf.com<br>Richards Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>302-651-7700<br>  Attorneys for Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell, David Sambol and Countrywide Financial Corporation |

RLF1-3241350-1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which will send notification of such filing to, and also hand delivered same to:

>Robert D. Goldberg, Esquire
>Biggs & Battaglia
>921 North Orange Street
>P.O. Box 1489
>Wilmington, DE 19899

>Steven J. Fineman (#4025)
>fineman@rlf.com
>Richards, Layton & Finger
>One Rodney Square
>PO Box 551
>Wilmington, DE 19899

RLF1-3177065-1