IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) C.A. No. 07-00372-*** (MPT) |
| ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT J. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, MICHAEL E. DOUGHERTY and COUNTRYWIDE FINANCIAL CORPORATION, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**ENTRY AND WITHDRAWAL OF APPEARANCE**

Edward P. Welch and Edward B. Micheletti of Skadden, Arps, Slate, Meagher & Flom LLP hereby enter their appearance, and Thomas A. Beck and Steven J. Fineman of Richards, Layton & Finger, P.A., and Brian E. Pastuszenski and Stuart M. Glass of Goodwin Procter LLP admitted pro hac vice, hereby withdraw as attorneys for defendant Michael E. Dougherty in the above-captioned action.

DATED:       January 8, 2008

                                                                                              */s/ Edward B. Micheletti*  
Edward P. Welch (I.D. No. 671)  
Edward B. Micheletti (I.D. No. 3794)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Rodney Square, P.O. Box 636  
Wilmington, Delaware 19899-0636  
Tel.: (302) 651-3000  
Fax: (302) 651-3001  
E-mail: emich@skadden.com

*/s/ Steven J. Fineman*  
Thomas A. Beck (I.D. No. 2086)  
Steven J. Fineman (I.D. No. 4025)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Tel.: (302) 651-7592  
Fax: (302) 651-7701  
E-mail: fineman@rlf.com