## SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE RODNEY SQUARE
P.O. BOX 636
WILMINGTON, DELAWARE 19899-0636
———
TEL: (302) 651-3000
FAX: (302) 651-3001
www.skadden.com

DIRECT DIAL
(302) 651-3220
DIRECT FAX
(302) 651-3001
EMAIL ADDRESS
EMICH@SKADDEN.COM

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
NEW YORK
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

January 8, 2008

**By CM/ECF**
The Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street, Room 6100
Wilmington, DE 19801

RE:  *International Brotherhood of Electrical Workers Local 98 Pension Fund v. Mozilo, et al.*, C.A. No. 07-00372-***-MPT, and *Blumberg v. Mozilo, et al.*, C.A. No. 07-00717-***-MPT.

Dear Magistrate Judge Thynge:

We represent the former directors of Countrywide Financial Corporation ("Countrywide"), Defendants Michael E. Dougherty and Kathleen Brown (collectively, the "Former Directors"), in the above-captioned actions and write in response to Plaintiff's December 20, 2007 Motion To Consolidate Related Cases Pursuant to Fed. R. Civ. P. 42(a) ("Motion to Consolidate") And For Appointment Of Barrack, Rodos & Bacine As Lead Counsel And Biggs And Battaglia As Liaison Counsel. Because we do not oppose Plaintiff's Motion to Consolidate, we have written this letter instead of briefing the matter. While we do not oppose consolidation, we take no position with respect to the appointment of Lead Counsel and Liaison Counsel.

The Honorable Mary Pat Thynge
January 8, 2008
Page 2

                                      Respectfully submitted,

                                      Edward B. Micheletti
                                      Bar I.D. No. 3794
                                      *Counsel For Defendants Michael*
                                      *Dougherty and Kathleen Brown*
                                      emich@skadden.com

cc:  All counsel (By CM/ECF)