IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, MICHAEL E. DOUGHERTY, and COUNTRYWIDE FINANCIAL CORPORATION,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CA No. 07 – 00372 *** (MPT)<br><br><br><br>**Jury Trial Demanded** |
| ADAM BLUMBERG,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL MICHAEL E. DOUGHERTY, DAVID SAMBOL, KATHLEEN BROWN and COUNTRYWIDE FINANCIAL CORPORATION,<br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CA No. 07 – 00717 *** (MPT)<br><br><br><br>**Jury Trial Demanded** |

**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, plaintiffs hereby move for partial summary judgment on the grounds that the individual defendants, the directors of Countrywide Financial Corporation ("Countrywide"), breached their fiduciary duties of loyalty to it by causing Countrywide to repurchase approximately 60 million shares of its stock at an inflated price. At the same time, the board of directors was in possession of facts concerning material adverse changes in Countrywide's business and assets, and a majority of the board sold their own shares of the Countrywide stock to realize proceeds of approximately $373 million. The facts are in the accompanying Declaration of Alexander Arnold Gershon, dated December 20, 2007 with exhibits. Legal arguments are in the accompanying brief.

Plaintiff seeks the greater of rescissory or out-of-pocket damages plus the present value of the difference, for 10 years, between the dividends on the preferred stock issued on August 22, 2007 and the common stock that Countrywide repurchased.

Dated: January 14, 2008                                         BIGGS & BATTAGLIA

/s/ Robert D. Goldberg
ROBERT D. GOLDBERG (#631)
921 North Orange Street
Wilmington, DE 19899
Tel: (302) 655-9677
Fax: (302) 655-7924
goldberg@batlaw.com
*Attorneys for plaintiffs*

*Of Counsel:*

Barrack, Rodos & Bacine
Alexander Arnold Gershon
Regina M. Calcaterra
Gloria Kui
1350 Broadway, Suite 1001
New York, New York 10018
(212) 688-0782

Barrack, Rodos & Bacine
Daniel E. Bacine
William J. Ban
Two Commerce Square
2001 Market Street B Suite 3300
Philadelphia, Pennsylvania 19103
(215) 963-0600

3

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, MICHAEL E. DOUGHERTY, and COUNTRYWIDE FINANCIAL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) | CA No. 07 – 00372 *** (MPT)  **Jury Trial Demanded** |
| Defendants. | ) ) | |
| ADAM BLUMBERG, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL MICHAEL E. DOUGHERTY, DAVID SAMBOL, KATHLEEN BROWN and COUNTRYWIDE FINANCIAL CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) | CA No. 07 – 00717 *** (MPT)  **Jury Trial Demanded** |
| Defendants. | ) ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2008, I electronically filed the foregoing PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

THOMAS A. BECK, ESQUIRE
STEVEN J. FINEMAN, ESQUIRE
RICHARD, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19801

EDWARD P. WELCH, ESQUIRE
EDWARD B. MICHELETTI, ESQUIRE
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square, P.O. Box 636
Wilmington, DE 19899-0636

                                            **BIGGS & BATTAGLIA**

                                            /s/ Robert D. Goldberg
                                            ROBERT D. GOLDBERG (#631)
                                            921 North Orange Street
                                            Wilmington, DE 19899
                                            Tel: (302) 655-9677
                                            Fax: (302) 655-7924
                                            goldberg@batlaw.com
                                            *Attorneys for plaintiffs*