# BIGGS AND BATTAGLIA

VICTOR F. BATTAGLIA
ROBERT D. GOLDBERG
PHILIP B. BARTOSHESKY
VICTOR F. BATTAGLIA, JR.

**ATTORNEYS AT LAW**
**921 NORTH ORANGE STREET**
**P.O. BOX 1489**
**WILMINGTON, DELAWARE 19899**
**(302) 655-9677**
**TELECOPIER (302) 655-7924**

OF COUNSEL
JOHN BIGGS III
GERARD P. KAVANAUGH, SR.
S. BERNARD ABLEMAN

Writer's Direct E-mail: Goldberg@batlaw.com

January 15, 2008

**By Hand Delivery**
The Honorable Mary Pat Thynge
c/o United States District Court
844 King Street
Lock Box 8
Wilmington, DE 19801

Re:    International Brotherhood of Electrical Workers Local 98 Pension Fund v.
Angelo R. Mozilo, *et. al*., CA No. 07 – 00372 *** (MPT)
Adam Blumberg v. Angelo R. Mozilo, *et. al*. CA No. 07 – 00717 *** (MPT)

Dear Judge Thynge:

I enclose herewith color copies of Exhibits 5, 6 and 10 to the declaration of
Alexander Arnold Gershon, dated January 11, 2008 in support of Plaintiffs' Motion For
Partial Summary Judgment in the above matters. The black and white copies were filed
today. Our brief, in support of our Motion references these exhibits and, because they
contain color coded information, we believe it will be beneficial to the Court if it can
view these exhibits in their original color format.

If Your Honor has any questions concerning the foregoing, we are available at the
convenience of the Court.

Respectfully submitted,

Robert D. Goldberg

RDG/rc
Enclosures

cc: Clerk of the Court (via hand and e-filing)
    Thomas A. Beck (By Hand w/ enclosures)
    Edward P. Welch (By Hand w/ enclosures)



**Housing Values – MSA Level**
**MRAC Single Family Residence Home Price Index** [1]

**Annual HPI % Change**

**% of MSAs With Year Over Year Declines (Housing Units Count Weighted)**

(1) Source: First American Real Estate Solutions. All statistics are weighted by MSA-level housing unit count.

## Housing Values – Year Over Year HPI Change
## MRAC Single Family Residence Home Price Index[1]



(1) Source: First American Real Estate Solutions. Index created from housing unit count weighted MSA-level HPI series.



Delinquency and Home Price Appreciation[1]

**Conventional 1st Lien**

90 Day Ever Delinquency at 2 Years

CLTV Range
— < 80%
— 80% - 94%
····· 95%+

Cumulative 2 Year Home Price Appreciation

**Home Equity[2]**

90 Day Ever Delinquency at 2 Years

CLTV Range
— < 80%
— 80% - 94%
····· 95%+

Cumulative 2 Year Home Price Appreciation

**Conventional 1st Lien**

Payment Type
— Fixed
— ARM

**Subprime 1st Lien**

CLTV Range
— < 80%
— 80% - 94%
····· 95%+

Cumulative 2 Year Home Price Appreciation

(1) Data source: Countrywide     (2) Combines prime HELOC and prime closed end fixed rate second