# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 07-00372-*** |
| ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, MICHAEL E. DOUGHERTY and COUNTRYWIDE FINANCIAL CORPORATION, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| ADAM BLUMBERG, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| | ) | C.A. No. 07-00717-*** |
| ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, MICHAEL E. DOUGHERTY, DAVID SAMBOL, KATHLEEN BROWN and COUNTRYWIDE FINANCIAL CORPORATION, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

**DEFENDANTS MICHAEL E. DOUGHERTY AND KATHLEEN BROWN'S
JOINDER IN DEFENDANTS' EMERGENCY MOTION FOR STAY OF PLAINTIFFS'
MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendants Michael E. Dougherty and Kathleen Brown (collectively, the "Former Directors"), by and through their undersigned counsel, respectfully join in the request for relief set forth in the Emergency Motion For Stay Of Plaintiffs' Motion For Partial Summary Judgment (the "Motion For Stay") filed by Defendants Countrywide Financial Corporation ("Countrywide"), Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell and David Sambol (together with Countrywide, the "Defendants") on January 18, 2007. The Former Directors also join in the Defendants' request for the Court to hold a telephonic conference to address the matters raised in the Motion For Stay at the Court's earliest convenience.

*/s/ Edward B. Micheletti*
Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square, P.O. Box 636
Wilmington, DE 19899
Tel.: (302) 651-3000
Fax: (302) 651-3001
E-mail: emich@skadden.com

*Attorneys for Defendants Michael E. Dougherty and
Kathleen Brown*

Dated: January 18, 2008

2