IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS LOCAL 98 PENSION FUND,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, MICHAEL E. DOUGHERTY, and COUNTRYWIDE FINANCIAL CORPORATION,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CA No. 07 – 00372 *** (MPT)<br><br>**Jury Trial Demanded** |
| ADAM BLUMBERG,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL MICHAEL E. DOUGHERTY, DAVID SAMBOL, KATHLEEN BROWN and COUNTRYWIDE FINANCIAL CORPORATION,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CA No. 07 – 00717 *** (MPT)<br><br>**Jury Trial Demanded** |

**PROPOSED ORDER CONSOLIDATING RELATED
<u>STOCKHOLDER DERIVATIVE ACTIONS</u>**

In accordance with Fed. R. Civ. P. 42, it is hereby Ordered:

## I.  CONSOLIDATION

The above-captioned actions and all other stockholder's derivative cases that relate to the same subject matter that are subsequently filed in or transferred to this Court are hereby consolidated into one action (hereinafter, the "Consolidated Action") for all purposes, pursuant to Fed. R. Civ. P. 42. This Order (the "Order") shall apply as specified to the Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court, removed, or transferred to this Court and is consolidated with the Consolidated Action.

## II.  MASTER DOCKET AND MASTER FILES

1. A Master File is hereby established for this proceeding. This Master File shall be Case No. 1:07-cv-00372 *** (MPT). The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket.

2. An original of this Order shall be filed by the Clerk in the Master File, in *Blumberg*, 07-717, and in all related cases.

## III.  CAPTION OF THE CASE

Every pleading filed in the Consolidated Action shall have the following caption:

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION | ) ) ) ) ) ) | Master Docket No. 1:07-cv-00372***(MPT)  (Consolidated Action) ) |
| THIS RELATES TO ALL ACTIONS [or to a particular case] | ) ) ) ) | Magistrate Judge Mary Pat Thynge |

IV.  **NEWLY-FILED OR TRANSFERRED ACTIONS**

This Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing, removal, or transfer of any case that might properly be consolidated as part of the Consolidated Action.

When a case that arises out of the same subject matter of the Consolidated Action is hereinafter filed in this Court, removed to this Court, or transferred from another Court, the Clerk of this Court shall:

1. File a copy of this Order in the separate file for such action;

2. Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly-filed, removed, or transferred case and to any new defendant(s) in the newly-filed, removed, or transferred case; and

3. Make the appropriate entry in the Master Docket for the Consolidated Action.

Each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court, removed, or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto, unless a party objects to consolidation, as provided for herein, or any provision of this Order, within 10 days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application.


VI.  **CONSOLIDATED COMPLAINT**

Plaintiffs shall e-file a Consolidated, Amended, and Supplemental Complaint (the "Consolidated Complaint"). The Consolidated Complaint shall supersede all existing complaints

filed in the Consolidated Action. Service shall be effected with respect to any defendant named in any of the Consolidated Actions by e-filing the Consolidated Complaint.

**SO ORDERED,** this 31 day of January, 2008

_____
United States Magistrate Judge

COUNTRY/CONSOLIDATE -1