## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION | Master Docket No. 1:07-cv-00372(SLR)<br><br>(Consolidated Action)<br>Judge Sue L. Robinson |

### DEFENDANTS MICHAEL E. DOUGHERTY AND KATHLEEN BROWN'S JOINDER IN DEFENDANTS' OPENING BRIEF IN SUPPORT OF MOTION TO TRANSFER VENUE OR ALTERNATIVELY TO STAY

Defendants Michael E. Dougherty and Kathleen Brown (collectively, the "Former Directors"), by and through their undersigned counsel, respectfully join in the arguments and request for relief set forth in the Opening Brief in Support of the Motion to Transfer Venue or Alternatively to Stay filed by Defendants Countrywide Financial Corporation ("Countrywide"), Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, and Keith P. Russell (collectively, the "Defendants") on February 27, 2008.

*/s/ Edward B. Micheletti*
Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square, P.O. Box 636
Wilmington, DE  19899
Tel.: (302) 651-3000
Fax:  (302) 651-3001
E-mail:  emich@skadden.com

Dated:  February 27, 2008

*Attorneys for Defendants Michael E. Dougherty and Kathleen Brown*

524436-Wilmington Server 1A - MSW