# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION | ) ) ) ) ) ) ) ) | Master Docket No. 1:07-cv-00372(SLR)<br><br>(Consolidated Action)<br>Judge Sue L. Robinson |

## MOTION TO DISMISS CONSOLIDATED AMENDED COMPLAINT

Defendants, Michael E. Dougherty and Kathleen Brown, hereby move, through their undersigned counsel, to dismiss the Consolidated Amended Complaint pursuant to Rules 12(b)(6) and 23.1 of the Federal Rules of Civil Procedure, for reasons more fully set forth in a brief accompanying herewith.

*/s/ Edward B. Micheletti*
Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square, P.O. Box 636
Wilmington, DE  19899
Tel.: (302) 651-3000
Fax:  (302) 651-3001
E-mail:  emich@skadden.com

Dated:  February 27, 2008

*Attorneys for Defendants Michael E. Dougherty and Kathleen Brown*