IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION | C.A. No. 1:07-372(SLR)(MPT) <br><br> (Consolidated Action) |

**DEFENDANTS ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL AND NOMINAL DEFENDANT COUNTRYWIDE FINANCIAL CORPORATION'S MOTION TO TRANSFER VENUE OR IN THE ALTERNATIVE STAY**

Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell and Nominal Defendant Countrywide Financial Corporation ("Defendants"), by and through their undersigned counsel, move this Court pursuant to 28 U.S.C. § 1404(a) to transfer the captioned action to the United States District Court for the Central District of California or in the alterative to stay. The grounds for this motion are set forth in Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell and Nominal Defendant Countrywide Financial Corporation's Opening Brief In Support Of Their Motion to Transfer Venue Or In The Alternative Stay, the Declaration of Susan E. Bow and the Declaration of Thomas A. Beck filed contemporaneously herewith.

OF COUNSEL:

Brian E. Pastuszenski
Stuart M. Glass
Goodwin Procter LLP
53 State Street
Boston, Massachusetts  02109
617-570-1000

Dated: February 27, 2008

Thomas A. Beck (#2086)
beck@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware  19801
302-651-7700

*Attorneys for Defendants Angelo R. Mozilo,
Henry G. Cisneros, Robert L. Donato, Harley
W. Snyder, Jeffrey M. Cunningham, Martin R.
Melone, Robert T. Parry, Oscar P. Robertson,
Keith P. Russell, and Nominal Defendant
Countrywide Financial Corporation*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2008, I electronically filed the foregoing document

with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

| | |
|---|---|
| Robert D. Goldberg, Esquire | Edward P. Welch, Esquire |
| Biggs & Battaglia | Edward B. Micheletti, Esquire |
| 921 North Orange Street | Skadden, Arps, Slate, Meagher & Flom |
| P.O. Box 1489 | LLP |
| Wilmington, DE 19899 | One Rodney Square, P.O. Box 636 |
| | Wilmington, DE 19899-0636 |

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com

**CERTIFICATION PURSUANT TO**
**DISTRICT OF DELAWARE LOCAL RULE 7.1.1**

Counsel for Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell and Nominal Defendant Countrywide Financial Corporation has consulted with counsel for Plaintiffs pursuant to District of Delaware Local Rule 7.1.1 and has determined that Plaintiffs will not consent to the relief sought in the attached motion.

Steven J. Fineman (#4025)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION | C.A. No. 1:07-372(SLR)(MPT) |
| | (Consolidated Action) |

## **ORDER**

WHEREAS, Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell and Nominal Defendant Countrywide Financial Corporation having moved this Court to transfer the captioned action to the United States District Court for the Central District of California or in the alterative to stay (the "Motion");

WHEREAS, the Court have considered the briefs and argument in support of and in opposition to the Motion, and good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2008 that Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell and Nominal Defendant Countrywide Financial Corporation's Motion to Transfer Venue or in the Alternative Stay is GRANTED, and the captioned action is transferred to the United States District Court for the Central District of California.

_____
United States District Judge