IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION | ) ) ) ) ) ) ) C.A. No. 07-372-SLR (MPT) <br><br> (Consolidated Action) |

### DECLARATION OF SUSAN E. BOW

I, Susan E. Bow, hereby declare as follows:

1. I am Senior Managing Director, General Counsel and Corporate Secretary of Countrywide Financial Corporation ("Countrywide" or the "Company"). I have been employed at Countrywide since 1993. I am responsible for managing the Company's corporate governance initiatives and I oversee various legal matters. In my capacity as Corporate Secretary, I attend the meetings of the Board of Directors of Countrywide other than those held in executive session. The information contained in this declaration is based on the knowledge I have gained in my capacity as Corporate Secretary of the Company. I submit this declaration in support of Defendants' motion to transfer this action to the United States District Court for the Central District of California or in the alternative stay.

2. Countrywide's principal place of business and headquarters are located in Calabasas, California. The vast majority of Countrywide's senior executive officers work at Countrywide's headquarters in California and reside in California.

3. Angelo R. Mozilo, Henry C. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell, and Michael Dougherty served as members of Countrywide's Board of Directors at the time plaintiff filed this action on June 12, 2007. Defendant Kathleen Brown was not a member

of Countrywide's Board of Directors at the time plaintiff filed this action (having left the board in March 2007). Mssrs. Dougherty and Cisneros are no longer members of Countrywide's Board of Directors. (Mr. Dougherty's term expired in June 2007, and Mr. Cisneros ceased being a director in October 2007). All current members of Countrywide's Board of Directors who are named as defendants in this action either work and reside in California or regularly travel to California on business on behalf of Countrywide. None work or reside in Delaware. While members of the Countrywide Board of Directors, Ms. Brown, Mr. Dougherty and Mr. Cisneros were not residents of Delaware. To the best of my knowledge and belief, none of them has become a resident of Delaware since ceasing to be Countrywide directors.

4. All of the work done by Countrywide concerning the Company's stock repurchase transactions in November 2006 and May 2007 was performed in California. The decision by the Countrywide Board of Directors in November 2006 to approve repurchase of shares of the Company's common stock was the result of more than one year of planning and analysis by the Treasury Finance area within Countrywide and involved various presentations to and discussions with the Board of Directors. Senior management personnel in Countrywide's Treasury Finance area were involved in planning for, structuring, and implementing the repurchase transactions. All of those persons work at the Company's headquarters in California and are residents of California. None of them works or resides in Delaware. Requiring any of those persons to spend time away from their workplace in California in order to testify in connection with this litigation would substantially disrupt the business activities of Countrywide. Those persons include Jennifer Sandefur, Senior Managing Director and Treasurer of the Company, and Ellen Coleman, the Company's Executive Vice President, Treasury Finance.

5. All of Countrywide's press releases and filings with the Securities and Exchange Commission ("SEC") are prepared, reviewed, signed and issued from the Company's offices in California. All documents and records of the Company related to the Company's press releases and filings are located in California.

6. The meetings of Countrywide's Board of Directors, including board committee meetings, take place at, or originate from, Countrywide's headquarters. The stock repurchase transactions that occurred in November 2006 and May 2007 were considered and approved at several meetings of the Board of Directors, including meetings of the Finance Committee of the Board. Countrywide's documents relating to these meetings and the work done by the Company's Treasury Finance group in connection with the stock repurchase transactions are maintained in California. None are maintained in Delaware.

7. All of the senior executives of the Company during the relevant period with ultimate responsibility for the Company's operations, including originations of new loans and the securitization and sale of loans to secondary market purchasers are residents of California, as are the Company's Chief Executive Officer, Chief Operating Officer, and Chief Financial Officer. These persons would have knowledge of the Company's access to public information regarding the condition of the housing market during the relevant period and its possible impact on the Company's future operations.

8. I am not aware of any person with knowledge of facts relevant to these matters who resides in Delaware. Likewise, I am not aware of documents relevant to this case that are located within the state of Delaware.

I declare under pains and penalties of perjury that the foregoing is true and correct.

Executed this 26th day of February, 2008 at Calabasas, California.

_____
Susan E. Bow

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Robert D. Goldberg, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, DE 19899-0636

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com