IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION | C.A. No. 07-372-SLR (MPT)<br><br>(Consolidated Action) |

**DEFENDANTS ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT L. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL AND NOMINAL DEFENDANT COUNTRYWIDE FINANCIAL CORPORATION'S MOTION TO DISMISS**

Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell and Nominal Defendant Countrywide Financial Corporation, by and through their undersigned counsel, move this Court for an order in the form attached hereto dismissing with prejudice the captioned action pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6). The grounds for this motion are set forth in Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell and Nominal Defendant Countrywide Financial Corporation's Opening Brief In Support Of Their Motion to Dismiss and the Declaration of Steven J. Fineman filed contemporaneously herewith.

|  |  |
|---|---|
| OF COUNSEL: | /s/ *signature*<br>Thomas A. Beck (#2086)<br>beck@rlf.com<br>Steven Fineman (#4025)<br>fineman@rlf.com |
| Brian E. Pastuszenski<br>Stuart M. Glass<br>Goodwin Procter LLP<br>53 State Street<br>Boston, Massachusetts 02109<br>617-570-1000 | Richards, Layton & Finger, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19801<br>302-651-7700 |
|  | *Attorneys for Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell, and Nominal Defendant Countrywide Financial Corporation* |
| Dated: February 27, 2008 |  |

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Robert D. Goldberg, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, DE 19899-0636

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com

RLF1-3257649-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION<br><br>THIS RELATES TO ALL ACTIONS | C.A. No. 1:07-372(SLR)(MPT)<br><br>(Consolidated Action) |

### ORDER

WHEREAS, Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell and Nominal Defendant Countrywide Financial Corporation having moved this Court for a dismissal of the captioned action with prejudice (the "Motion");

WHEREAS, the Court having considered the briefs and argument in support of and in opposition to the Motion, and good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2008 that Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell and Nominal Defendant Countrywide Financial Corporation's Motion to Dismiss is GRANTED, and the captioned action is dismissed with prejudice.

_____
United States District Judge