# BIGGS AND BATTAGLIA

ATTORNEYS AT LAW
921 NORTH ORANGE STREET
P.O. BOX 1489
WILMINGTON, DELAWARE 19899
(302) 655-9677
TELECOPIER (302) 655-7924
Writer's e-mail: Goldberg@batlaw.com
Goldberg@batlaw.com

VICTOR F. BATTAGLIA
ROBERT D. GOLDBERG
PHILIP B. BARTOSHESKY
VICTOR F. BATTAGLIA, JR.
STEVEN F. MONES

OF COUNSEL
JOHN BIGGS III
S. BERNARD ABLEMAN
WILLIAM D. BAILEY, JR.

March 7, 2008

The Honorable Judge Sue L. Robinson
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801

RE: In Re Countrywide Financial Corporation
Derivative Litigation
Master Docket No.: 1:07-cv-00372 (SLR)

Dear Judge Robinson:

I am forwarding herewith, for the Court's consideration, a stipulation of the parties extending the time for the submission of briefs in the above matter.

Counsel are available at the convenience of the Court should your Honor have any questions.

Respectfully submitted,

Robert D. Goldberg

RDG: rc

Enclosure

cc: Clerk of the Court
Steven J. Fineman, Esquire
Thomas Beck, Esquire
Edward P. Welch, Esq.
Edward B. Micheletti, Esq