UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION ) ) ) ) ) ) ) ) | Master Docket No. 1:07-cv-00372(SLR)<br><br>(Consolidated Action)<br>Judge Sue L. Robinson |

## STIPULATED AMENDED ORDER

WHEREAS, pursuant to the Court's Order of January 31, 2008 (the "Order"), Plaintiffs filed their Consolidated Amended Supplemental Complaint on February 13, 2008; and,

WHEREAS, Defendants responded to the Consolidated Amended Supplemental Complaint and moved to Dismiss and Transfer Venue on February 27, 2008 (the "Motions"); and,

WHEREAS, the Order provides that Plaintiffs' responses to Defendants' Motions are due on March 12, 2008, and Defendants' Reply Briefs are due on March 26, 2008; and,

WHEREAS, at Plaintiffs' request the parties have agreed, subject to the approval of the Court, upon a modified Briefing Schedule, as set forth below.

NOW THEREFORE, it is hereby stipulated and agreed by and between the parties, through their counsel and subject to the approval the Court, that the time within which Plaintiffs shall file opposition briefs to Defendants' Motions is extended from March 12, 2008 to March 19, 2008 and that the time within which Defendants' shall file their reply briefs is extended from March 26, 2008 to April 9, 2008.

/s/ Steven J. Fineman, Esq.
Steven J. Fineman, Esq. (I.D. No. 4025)
Thomas Beck, Esq. (I.D. No.2086)
RICHARD LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, De 19801
Tel: (302) 658-6541
*fineman@rlf.com*
*Attorneys for Defendants: Angelo R. Mozilo*
*Henry G. Cisneros, Robert L. Donato*
*Harley W. Snyder, Jeffrey M. Cunningham*
*Martin R. Melone, Robert T. Parry,*
*Oscar P. Robertson, Keith P. Russell,*
*David Sambol*

/s/Robert D. Goldberg Esq.
Robert D. Goldberg Esq.,
(I.D. No. 631)
BIGGS & BATTAGLIA
921 N. Orange Street
P.O. Box 1489
Wilmington, DE 19899-1489
Tel: (302) 655-9677
Fax: (302) 655-7924
*goldberg@batlaw.com*
*Attorneys for Plaintiffs: International*
*Brotherhood of Electrical Workers*
*and Adam Blumberg*

/s/ Edward B. Micheletti, Esq.
Edward P. Welch, Esq. (I.D. No. 671)
Edward B. Micheletti, Esq. (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Tel: (302) 302-651-3000
Fax: (302) 651-3001
*emich@skadden.com*
Attorneys for Defendants: Michael E. Dougherty, Kathleen Brown,

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

2