IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION | ) ) ) ) ) | Master Docket No. 1:07-cv-00372(SLR) (Consolidated Action) Judge Sue L. Robinson |

**STIPULATED AMENDED ORDER**

WHEREAS, pursuant to the Court's Order of January 31, 2008 (the "Order"), D.I. 35, Plaintiffs filed their consolidated Amended Complaint on February 13, 2008; and

WHEREAS, Defendants responded to the Consolidated Amended Complaint and filed a motion to dismiss and a motion to transfer venue or in the alternative stay, on February 27, 2008 (the "Motions"); and

WHEREAS, the Order provides that Plaintiffs' responses to Defendants' Motions are due on March 12, 2008, and Defendants' Reply Briefs are due on March 26, 2008; and

WHEREAS, on March 11, 2008, the Court entered an order upon a stipulation providing for Plaintiffs' Answering Brief to be due March 19, 2008 and for Defendants' Reply Brief to be due April 9, 2008; and

WHEREAS, at Plaintiffs' request the parties have agreed, subject to the approval of the Court, upon a modified Briefing Schedule, as set forth below.

NOW THEREFORE, it is hereby stipulated and agreed by and between the parties, through their counsel and subject to the approval of the Court, that the time within which Plaintiffs shall file opposition briefs to Defendants' Motions is extended from March19,

2008 to April 4, 2008 and that the time within which Defendants shall file their reply briefs is extended from April 9, 2008 to May 12, 2008.

| | |
|---|---|
| /s/ Steven J. Fineman, Esq. | /s/Robert D. Goldberg, Esq. |
| Steven J. Fineman (I.D. No. 4025) | Robert D. Goldberg (I.D. No. 631) |
| Thomas Beck, Esq. (I.D. No. 2086) | BIGGS & BATTAGLIA |
| RICHARDS LAYTON & FINGER, P.A. | 921 N. Orange Street |
| One Rodney Square | P.O. Box 1489 |
| P.O. Box 551 | Wilmington De 19899-1489 |
| Wilmington DE 19801 | Tel: (302) 655-9677 |
| Tel: (302) 658-6541 | Fax: (302) 655-7924 |
| *fineman@rlf.com* | *goldberg@batlaw.com* |
| *Attorneys for Defendants: Angelo Mozilo Henry Cisneros, Robert L. Donato Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson Keith P. Russell, David Sambol* | *Attorneys for Plainitffs: International Brotherhoold of Electrical Workers and Adam Blumberg* |

/s/ Edward P. Welch, Esq.
Edward P. Welch (I.D. No. 671)
Edward Micheletti, Esq. (I.D. 3794)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
One Rodney Square
P.O. Box 636
Wilmington DE 19899
Tel: (302) 651-3000
Fax: (302) 651-3001
*emich@skadden.com*
*Attorneys for Defendants: Michael E. Daugherty, Kathleen Brown*

**IT IS SO ORDERED**

Dated: _____    _____
                                 U.S.D.J.