UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION | : : : : | Master Docket No. 1:07-cv-00372 (SLR) (Consolidated Action) Judge Sue L. Robinson |

### DECLARATION OF ADAM BLUMBERG

I, Adam Blumberg, hereby declare as follows:

1. I am a plaintiff in the above-captioned matter and I make this declaration in opposition to defendants' motion to dismiss the complaint; and

2. I am now a stockholder of Countrywide Financial Corporation ("CFC") and have been a stockholder of CFC since May 5, 2004, and continuously to date.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 25, 2008
Philadelphia, Pennsylvania

Adam Blumberg

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION : | Master Docket No. 1:07-cv-00372 (SLR) (Consolidated Action) Judge Sue L. Robinson |

**VERIFICATION**

I, Adam Blumberg, hereby verify that:

1. I am a plaintiff in the above-captioned action;

2. I reviewed the Consolidated, Amended and Supplemental Verified Complaint ("Complaint") and authorized its filing; and

3. the facts set forth in the Complaint are true and correct to the best of my knowledge, information and belief.

I verify under penalty of perjury that the foregoing is true and correct.

Dated: March 25, 2008

Adam Blumberg