**BIGGS AND BATTAGLIA**

ATTORNEYS AT LAW

921 NORTH ORANGE STREET

P.O. BOX 1489

WILMINGTON, DELAWARE 19899

(302) 655-9677

TELECOPIER (302) 655-7924

Writer's e-mail: Goldberg@batlaw.com

Goldberg@batlaw.com

VICTOR F. BATTAGLIA
ROBERT D. GOLDBERG
PHILIP B. BARTOSHESKY
VICTOR F. BATTAGLIA, JR.
STEVEN F. MONES

OF COUNSEL
JOHN BIGGS III
S. BERNARD AB LEMAN
WILLIAM D. BAILEY, JR.

May 2, 2008

Mr. Peter Dalleo
District Court of the District of Delaware
844 North King Street, Room 4209
Lock Box 18,
Wilmington, DE 19801

RE:   1:07-cv-00372 (SLR) (MPT)
      CM/ECF – Document #37

Dear Mr. Dalleo:

On February 13, 2008, our office electronically filed a Consolidated Amended and Supplemental Verified Complaint on CM/ECF along with 6 Exhibits. At that time, we inadvertently left off Exhibit #7. Please add Exhibit #7 (see disk enclosed) document entry #37 in reference to the above case.

If you have any questions or concerns, please feel free to contact my office.

Very truly yours,

Robert D. Goldberg

RDG: rmc

Enclosure