IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION | C.A. No. 1:07-372 SLR (MPT) |
| | (Consolidated Action) |
| THIS RELATES TO ALL ACTIONS | |

**SUPPLEMENTAL DECLARATION OF STEVEN J. FINEMAN IN SUPPORT OF DEFENDANTS ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT J. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, AND NOMINAL DEFENDANT COUNTRYWIDE FINANCIAL CORPORATION'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS**

I, Steven J. Fineman, hereby declare as follows:

1.      I am an associate with the law firm of Richards Layton & Finger, P.A.  I make this declaration (the "Declaration") in support of Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert J. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell and Nominal Defendant Countrywide Financial Corporation's Motion to Dismiss.

2.      Exhibit 44 to this Declaration is a true and correct copy of stock price and trading volume data for Countrywide stock in November 2006.

3.      Exhibit 45 to this Declaration is a true and correct copy of a chart depicting Countrywide's shareholders' equity and retained earnings between 2003 and 2006.  The data in the chart was obtained from Exhibits 46-50 to this Declaration, described below.

4.      Exhibit 46 to this Declaration is a true and correct copy of selected pages from Countrywide's Form 10-K for 2004, which was publicly filed with the SEC.

5.    Exhibit 47 to this Declaration is a true and correct copy of selected pages from Countrywide's Form 10-K for 2005, which was publicly filed with the SEC.

6.    Exhibit 48 to this Declaration is a true and correct copy of selected pages from Countrywide's Form 10-K for 2006, which was publicly filed with the SEC.

7.    Exhibit 49 to this Declaration is a true and correct copy of selected pages from Countrywide's Form 8-K dated January 30, 2007, which was publicly filed with the SEC.

8.    Exhibit 50 to this Declaration is a true and correct copy of selected pages from Countrywide's Form 10-K for 2007, which was publicly filed with the SEC.

I hereby declare under the penalty of perjury that the foregoing is true and correct.

Executed this 12th day of May, 2008.

Steven J. Fineman

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2008, I electronically filed the foregoing document with

the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand

Delivered to the following:

Robert D. Goldberg, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Skadden, Arps, Slate, Meagher & Flom
LLP
One Rodney Square, P.O. Box 636
Wilmington, DE 19899-0636

Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

# EXHIBIT 44

**Countrywide Financial Corporation**
**Daily Closing Price and Volume**
**11/1/06-11/30/06**

| Date | Price | Volume |
|------|-------|--------|
| (1) | (2) | (3) |
| 11/1/06 | $ 38.07 | 3,716,600 |
| 11/2/06 | 38.57 | 6,686,300 |
| 11/3/06 | 37.79 | 4,574,900 |
| 11/6/06 | 38.85 | 4,218,100 |
| 11/7/06 | 38.64 | 2,416,100 |
| 11/8/06 | 38.83 | 2,312,100 |
| 11/9/06 | 38.82 | 3,157,900 |
| 11/10/06 | 39.88 | 4,070,100 |
| 11/13/06 | 40.27 | 4,793,600 |
| 11/14/06 | 40.13 | 4,555,600 |
| 11/15/06 | 40.5 | 5,577,600 |
| 11/16/06 | 40.73 | 3,376,500 |
| 11/17/06 | 40.26 | 3,875,500 |
| 11/20/06 | 39.58 | 4,568,900 |
| 11/21/06 | 39.9 | 2,597,300 |
| 11/22/06 | 40.45 | 2,206,900 |
| 11/24/06 | 40.74 | 1,054,900 |
| 11/27/06 | 39.48 | 3,645,100 |
| 11/28/06 | 39.47 | 2,743,100 |
| 11/29/06 | 39.88 | 2,388,600 |
| 11/30/06 | 39.72 | 3,329,100 |

**Notes and Sources:**
Data obtained from Factset Research Systems, Inc.

# EXHIBIT 45

Countrywide Financial Corp.

## INCREASE IN EXCESS CAPITAL
### (2003-2006)

| (dollar amounts in thousands) | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|
| **RETAINED EARNINGS** | 5,603,434 | 7,591,646 | 9,770,719 | 12,151,691 |
| **SHAREHOLDERS' EQUITY** | 8,084,716 | 10,310,076 | 12,815,860 | 14,317,846 |
| **Source** | Supp. Fineman Decl. Ex. 46 | Supp. Fineman Decl. Exs. 46-47 | Supp. Fineman Decl. Exs. 47-49 | Supp. Fineman Decl. Exs. 48-50 |

# EXHIBIT 46

## UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# Form 10-K

(Mark One)

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2004**

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

### Commission file number: 1-8422

# Countrywide Financial Corporation

*(Exact name of registrant as specified in its charter)*

| | |
|---|---|
| **Delaware** | **13-2641992** |
| *(State of other jurisdiction of incorporation)* | *(I.R.S. Employer Identification No.)* |
| **4500 Park Granada, Calabasas, CA** | **91302** |
| *(Address of principal executive offices)* | *(Zip Code)* |

**Registrant's telephone number, including area code:**
**(818) 225-3000**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, $.05 Par Value | New York Stock Exchange |
| | Pacific Stock Exchange |
| Preferred Stock Purchase Rights | New York Stock Exchange |
| | Pacific Stock Exchange |

**Securities registered pursuant to Section 12(g) of the Act:**
**None**

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.     Yes ☑          No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.     ☐

Indicate by check mark whether the registrant is an accelerated filer (as defined in Exchange Act Rule 12b-2).     Yes ☑          No ☐

Based on the closing price for shares of Common Stock as of June 30, 2004, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of Common Stock held by non-affiliates was $19,596,110,016. For the purposes of the foregoing calculation only, all directors and executive officers of the registrant have been deemed affiliates

As of March 8, 2005, there were 584,449,297 shares of Countrywide Financial Corporation Common Stock, $0.05 par value, outstanding

COUNTRYWIDE FINANCIAL CORPORATION AND SUBSIDIARIES

CONSOLIDATED BALANCE SHEETS

| | December 31, | |
| | 2004 | 2003 |
| | (In thousands, except share data) | |
| **ASSETS** | | |
| Cash | $ 753,417 | $ 633,467 |
| Mortgage loans and mortgage-backed securities held for sale | 37,350,149 | 24,103,625 |
| Trading securities owned, at market value | 10,499,711 | 6,996,699 |
| Trading securities pledged as collateral, at market value | 1,303,007 | 4,118,012 |
| Securities purchased under agreements to resell and securities borrowed | 13,231,448 | 10,348,102 |
| Loans held for investment, net | 39,660,086 | 26,368,055 |
| Investments in other financial instruments | 10,091,057 | 12,761,764 |
| Mortgage servicing rights, net | 8,729,929 | 6,863,625 |
| Premises and equipment, net | 985,350 | 755,276 |
| Other assets | 5,891,551 | 5,029,048 |
| Total assets | $ 128,495,705 | $ 97,977,673 |
| **LIABILITIES** | | |
| Notes payable | $ 66,613,671 | $ 39,948,461 |
| Securities sold under agreements to repurchase | 20,465,123 | 32,013,412 |
| Deposit liabilities | 20,013,208 | 9,327,671 |
| Accounts payable and accrued liabilities | 8,507,384 | 6,248,624 |
| Income taxes payable | 2,586,243 | 2,354,789 |
| Total liabilities | 118,185,629 | 89,892,957 |
| Commitments and contingencies | --- | --- |
| **SHAREHOLDERS' EQUITY** | | |
| Preferred stock — authorized, 1,500,000 shares of $0.05 par value; none issued and outstanding | — | — |
| Common stock — authorized, 1,000,000,000 shares of $0.05 par value; issued, 581,706,836 shares and 553,471,779 shares at December 31, 2004 and 2003, respectively; outstanding, 581,648,881 shares and 553,460,528 shares at December 31, 2004 and 2003, respectively | 29,085 | 27,674 |
| Additional paid-in capital | 2,570,402 | 2,289,082 |
| Accumulated other comprehensive income | 118,943 | 164,526 |
| Retained earnings | 7,591,646 | 5,603,434 |
| Total shareholders' equity | 10,310,076 | 8,084,716 |
| Total liabilities and shareholders' equity | $ 128,495,705 | $ 97,977,673 |

The accompanying notes are an integral part of these consolidated financial statements.

F-4

COUNTRYWIDE FINANCIAL CORPORATION AND SUBSIDIARIES

CONSOLIDATED STATEMENT OF CHANGES IN SHAREHOLDERS' EQUITY

| | Number of Shares of Common Stock | Common Stock | Additional Paid-In-Capital | Accumulated Other Comprehensive Income (Loss) | Retained Earnings | Total |
|---|---|---|---|---|---|---|
| | | | (In thousands, except share data) | | | |
| **Balance at December 31, 2001** | 122,705,532 | $ 6,135 | $ 1,506,853 | $ 49,467 | $ 2,525,187 | $ 4,087,642 |
| Net earnings for the year | — | — | — | — | 841,779 | 841,779 |
| Other comprehensive income, net of tax | — | — | — | 137,332 | — | 137,332 |
| Stock options exercised | 2,893,492 | 147 | 80,231 | — | — | 80,378 |
| Tax benefit of stock options exercised | — | — | 21,999 | — | — | 21,999 |
| Issuance of common stock | 639,472 | 32 | 33,449 | — | — | 33,481 |
| Contribution of common stock to 401(k) Plan | 324,837 | 16 | 14,612 | — | — | 14,628 |
| Cash dividends paid — $0.46 per common share (before giving effect to stock splits) | — | — | — | — | (56,106) | (56,106) |
| **Balance at December 31, 2002** | 126,563,333 | 6,330 | 1,657,144 | 186,799 | 3,310,860 | 5,161,133 |
| Net earnings for the year | — | — | — | — | 2,372,950 | 2,372,950 |
| Other comprehensive loss, net of tax | — | — | — | (22,273) | — | (22,273) |
| 4 for 3 stock split, effected December 18, 2003 | 46,066,835 | 2,303 | (2,303) | — | — | — |
| Stock options exercised | 5,562,507 | 277 | 175,769 | — | — | 176,046 |
| Tax benefit of stock options exercised | — | — | 88,031 | — | — | 88,031 |
| Issuance of common stock, net of treasury stock | 5,947,872 | 298 | 367,892 | — | — | 368,190 |
| Contribution of common stock to 401(k) Plan | 338,795 | 17 | 20,998 | — | — | 21,015 |
| Cash dividends paid — $0.59 per common share (before giving effect to stock splits) | — | — | — | — | (80,376) | (80,376) |
| **Balance at December 31, 2003** | 184,479,342 | 9,225 | 2,307,531 | 164,526 | 5,603,434 | 8,084,716 |
| Net earnings for the year | — | — | — | — | 2,197,574 | 2,197,574 |
| Other comprehensive loss, net of tax | — | — | — | (45,583) | — | (45,583) |
| 3 for 2 stock split, effected April 12, 2004 | 92,915,124 | 4,646 | (4,646) | — | — | — |
| 2 for 1 stock split, effected August 30, 2004 | 282,010,434 | 14,101 | (14,101) | — | — | — |
| Stock options exercised | 6,274,769 | 313 | 99,056 | — | — | 99,369 |
| Tax benefit of stock options exercised | — | — | 93,057 | — | — | 93,057 |
| Issuance of common stock, net of treasury stock | 432,584 | 23 | 17,169 | — | — | 17,192 |
| Issuance of common stock for conversion of convertible debt | 15,063,788 | 753 | 7,182 | — | — | 7,935 |
| Tax effect of interest on conversion of convertible debt | — | — | 37,787 | — | — | 37,787 |
| Contribution of common stock to 401(k) Plan | 472,840 | 24 | 27,367 | — | — | 27,391 |
| Cash dividends paid — $0.37 per common share | — | — | — | — | (209,362) | (209,362) |
| **Balance at December 31, 2004** | 581,648,881 | $29,085 | $ 2,570,402 | $ 118,943 | $ 7,591,646 | $ 10,310,076 |

The accompanying notes are an integral part of this consolidated financial statement.

COUNTRYWIDE FINANCIAL CORPORATION AND SUBSIDIARIES

SCHEDULE I — CONDENSED FINANCIAL INFORMATION OF REGISTRANT

COUNTRYWIDE FINANCIAL CORPORATION

BALANCE SHEETS

| | | December 31, | |
| --- | --- | --- | --- |
| | | 2004 | 2003 |
| | | (In thousands) | |
| **ASSETS** | | | |
| Cash | | $ 99 | $ 39 |
| Intercompany receivables from non-bank subsidiaries | | 975,406 | 1,938,982 |
| Intercompany receivable from bank subsidiary | | 19,147 | 8,312 |
| Investment in non-bank subsidiaries | | 7,170,879 | 5,872,342 |
| Investment in bank subsidiary | | 2,907,304 | 1,489,226 |
| Equipment and leasehold improvements | | 133 | 121 |
| Other assets | | 235,374 | 135,212 |
| Total assets | | $ 11,308,342 | $ 9,444,234 |
| **LIABILITIES** | | | |
| Note payable | | $ 593,116 | $ 515,198 |
| Intercompany payable | | 235,914 | 751,377 |
| Accounts payable and accrued liabilities | | 169,236 | 92,943 |
| Total liabilities | | 998,266 | 1,359,518 |
| **SHAREHOLDERS' EQUITY** | | | |
| Common stock | | 29,085 | 27,674 |
| Additional paid-in capital | | 2,570,402 | 2,289,082 |
| Accumulated other comprehensive income | | 118,943 | 164,526 |
| Retained earnings | | 7,591,646 | 5,603,434 |
| Total shareholders' equity | | 10,310,076 | 8,084,716 |
| Total liabilities and shareholders' equity | | $ 11,308,342 | $ 9,444,234 |

F-73

# EXHIBIT 47

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# Form 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2005

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission file number: 1-8422

# Countrywide Financial Corporation

(Exact name of registrant as specified in its charter)

| **Delaware** | **13-2641992** |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **4500 Park Granada, Calabasas, CA** | **91302** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(818) 225-3000**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, $0.05 Par Value | New York Stock Exchange Pacific Stock Exchange |
| Preferred Stock Purchase Rights | New York Stock Exchange Pacific Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:

**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒     No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐     No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes ☒     No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer" and large accelerated filer" in Rule 12b-2 of the Exchange Act (check one):

Large accelerated filer ☒          Accelerated filer ☐          Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐     No ☒

As of June 30, 2005, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the Registrant's Common Stock held by non-affiliates was $22,735,828,809 based on the closing price as reported on the New York Stock Exchange.

As of February 24, 2006, there were 602,995,163 shares of Countrywide Financial Corporation Common Stock, $0.05 par value, outstanding.

**Documents Incorporated By Reference**

| Document | Parts Into Which Incorporated |
|---|---|
| Proxy Statement for the Annual Meeting of Stockholders to be held June 14, 2006 | Part III |

## COUNTRYWIDE FINANCIAL CORPORATION AND SUBSIDIARIES
### CONSOLIDATED BALANCE SHEETS

| | December 31, | |
|---|---|---|
| | 2005 | 2004 |
| | (in thousands, except share data) | |
| **ASSETS** | | |
| Cash | $ 1,031,108 | $ 751,237 |
| Mortgage loans and mortgage-backed securities held for sale | 36,818,688 | 37,350,149 |
| Trading securities owned, at fair value | 10,314,384 | 10,558,387 |
| Trading securities pledged as collateral, at fair value | 668,189 | 1,303,007 |
| Securities purchased under agreements to resell, securities borrowed and federal funds sold | 23,317,361 | 13,456,448 |
| Loans held for investment, net of allowance for loan losses of $189,201 and $125,046, respectively | 70,071,152 | 39,661,191 |
| Investments in other financial instruments, at fair value | 11,455,745 | 10,091,057 |
| Mortgage servicing rights, net | 12,610,839 | 8,729,929 |
| Premises and equipment, net | 1,279,659 | 985,350 |
| Other assets | 7,518,245 | 5,608,950 |
| Total assets | $ 175,085,370 | $ 128,495,705 |
| **LIABILITIES** | | |
| Notes payable | $ 76,187,886 | $ 66,613,671 |
| Securities sold under agreements to repurchase and federal funds purchased | 34,153,205 | 20,465,123 |
| Deposit liabilities | 39,489,256 | 20,013,208 |
| Accounts payable and accrued liabilities | 6,307,818 | 5,594,764 |
| Trading securities sold, not yet purchased, at fair value | 2,285,171 | 2,912,620 |
| Income taxes payable | 3,846,174 | 2,586,243 |
| Total liabilities | 162,269,510 | 118,185,629 |
| Commitments and contingencies | — | — |
| **SHAREHOLDERS' EQUITY** | | |
| Preferred stock—authorized, 1,500,000 shares of $0.05 par value; none issued and outstanding | — | — |
| Common stock—authorized, 1,000,000,000 shares of $0.05 par value; issued, 600,169,268 shares and 581,706,836 shares at December 31, 2005 and 2004, respectively; outstanding, 600,030,686 shares and 581,648,881 shares at December 31, 2005 and 2004, respectively | 30,008 | 29,085 |
| Additional paid-in capital | 2,954,019 | 2,570,402 |
| Accumulated other comprehensive income | 61,114 | 118,943 |
| Retained earnings | 9,770,719 | 7,591,646 |
| Total shareholders' equity | 12,815,860 | 10,310,076 |
| Total liabilities and shareholders' equity | $ 175,085,370 | $ 128,495,705 |

The accompanying notes are an integral part of these consolidated financial statements.

## COUNTRYWIDE FINANCIAL CORPORATION AND SUBSIDIARIES

### CONSOLIDATED STATEMENT OF CHANGES IN SHAREHOLDERS' EQUITY AND COMPREHENSIVE INCOME

| | Number of Shares of Common Stock | Common Stock | Additional Paid-in-Capital | Accumulated Other Comprehensive Income (Loss) | Retained Earnings | Total |
|---|---|---|---|---|---|---|
| | | | (in thousands, except share data) | | | |
| Balance at December 31, 2002 | 126,563,333 | $ 6,330 | $ 1,657,144 | $ 186,799 | $ 3,310,860 | $ 5,161,133 |
| Comprehensive income: | | | | | | |
| Net earnings for the year | — | — | — | — | 2,372,950 | 2,372,950 |
| Other comprehensive income (loss), net of tax: | | | | | | |
| Net unrealized losses from available-for-sale securities | — | — | — | (53,634 ) | — | (53,634 ) |
| Net unrealized gains from cash flow hedging instruments | — | — | — | 16,088 | — | 16,088 |
| Net change in foreign currency translation adjustment | — | — | — | 15,273 | — | 15,273 |
| Total comprehensive income | | | | | | 2,350,677 |
| 4 for 3 stock split, effected December 18, 2003 | 46,066,835 | 2,303 | (2,303 ) | — | — | — |
| Stock options exercised | 5,562,507 | 277 | 175,769 | — | — | 176,046 |
| Tax benefit of stock options exercised | — | — | 88,031 | — | — | 88,031 |
| Issuance of common stock, net of treasury stock | 5,947,872 | 298 | 367,892 | — | — | 368,190 |
| Contribution of common stock to 401(k) Plan | 338,795 | 17 | 20,998 | — | — | 21,015 |
| Cash dividends paid—$0.59 per common share (before giving effect to stock splits) | — | — | — | — | (80,376 ) | (80,376 ) |
| Balance at December 31, 2003 | 184,479,342 | 9,225 | 2,307,531 | 164,526 | 5,603,434 | 8,084,716 |
| Comprehensive income: | | | | | | |
| Net earnings for the year | — | — | — | — | 2,197,574 | 2,197,574 |
| Other comprehensive income (loss), net of tax: | | | | | | |
| Net unrealized losses from available-for-sale securities | — | — | — | (88,277 ) | — | (88,277 ) |
| Net unrealized gains from cash flow hedging instruments | — | — | — | 29,101 | — | 29,101 |
| Net change in foreign currency translation adjustment | — | — | — | 13,593 | — | 13,593 |
| Total comprehensive income | | | | | | 2,151,991 |
| 3 for 2 stock split, effected April 12, 2004 | 92,915,124 | 4,646 | (4,646 ) | — | — | — |
| 2 for 1 stock split, effected August 30, 2004 | 282,010,434 | 14,101 | (14,101 ) | — | — | — |
| Stock options exercised | 6,274,769 | 313 | 99,056 | — | — | 99,369 |
| Tax benefit of stock options exercised | — | — | 93,057 | — | — | 93,057 |
| Issuance of common stock, net of treasury stock | 432,584 | 23 | 17,169 | — | — | 17,192 |
| Issuance of common stock for conversion of convertible debt | 15,063,788 | 753 | 7,182 | — | — | 7,935 |
| Tax benefit of interest on conversion of convertible debt | — | — | 37,787 | — | — | 37,787 |
| Contribution of common stock to 401(k) Plan | 472,840 | 24 | 27,367 | — | — | 27,391 |
| Cash dividends paid—$0.37 per common share | — | — | — | — | (209,362 ) | (209,362 ) |
| Balance at December 31, 2004 | 581,648,881 | $ 29,085 | $ 2,570,402 | $ 118,943 | $ 7,591,646 | $ 10,310,076 |

The accompanying notes are an integral part of these consolidated financial statements.

F-6

COUNTRYWIDE FINANCIAL CORPORATION AND SUBSIDIARIES
SCHEDULE I—CONDENSED FINANCIAL INFORMATION OF REGISTRANT
COUNTRYWIDE FINANCIAL CORPORATION
BALANCE SHEETS

|  | December 31, | |
|---|---|---|
|  | 2005 | 2004 |
|  | (In thousands) | |
| **ASSETS** |  |  |
| Cash | $    290 | $    99 |
| Investments in other financial instruments | 7,324 | — |
| Intercompany receivables from non-bank subsidiaries | 16,472,108 | 975,406 |
| Intercompany receivable from bank subsidiary | 24,648 | 19,147 |
| Investment in non-bank subsidiaries | 7,419,396 | 7,170,879 |
| Investment in bank holding company subsidiary | 5,238,571 | 2,907,304 |
| Equipment and leasehold improvements | 114 | 133 |
| Other assets | 305,406 | 235,374 |
| Total assets | $ 29,467,857 | $ 11,308,342 |
| **LIABILITIES** |  |  |
| Note payable | $ 16,111,979 | $    593,116 |
| Intercompany payable | 235,912 | 235,914 |
| Accounts payable and accrued liabilities | 304,106 | 169,236 |
| Total liabilities | 16,651,997 | 998,266 |
| **SHAREHOLDERS' EQUITY** |  |  |
| Common stock | 30,008 | 29,085 |
| Additional paid-in capital | 2,954,019 | 2,570,402 |
| Accumulated other comprehensive income | 61,114 | 118,943 |
| Retained earnings | 9,770,719 | 7,591,646 |
| Total shareholders' equity | 12,815,860 | 10,310,076 |
| Total liabilities and shareholders' equity | $ 29,467,857 | $ 11,308,342 |

F- 84

# EXHIBIT 48

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

# Form 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2006

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

Commission file number: 1-8422

# Countrywide Financial Corporation

(Exact name of registrant as specified in its charter)

| Delaware | 13-2641992 |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| 4500 Park Granada, Calabasas, CA | 91302 |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(818) 225-3000**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, $0.05 Par Value | New York Stock Exchange |
| Preferred Stock Purchase Rights | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:

**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days. Yes ☒    No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act (check one):

Large accelerated filer ☒         Accelerated filer ☐         Non-accelerated filer ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐    No ☒

As of June 30, 2006, the last business day of the registrant's most recently completed second fiscal quarter, the aggregate market value of the Registrant's Common Stock held by non-affiliates was $23,108,648,689 based on the closing price as reported on the New York Stock Exchange.

As of February 26, 2007, there were 589,817,197 shares of Countrywide Financial Corporation Common Stock, $0.05 par value, outstanding.

**Documents Incorporated By Reference**

| Document | Parts Into Which Incorporated |
|---|---|
| Proxy Statement for the Annual Meeting of Stockholders to be held June 13, 2007 | Part III |

COUNTRYWIDE FINANCIAL CORPORATION AND SUBSIDIARIES
CONSOLIDATED BALANCE SHEETS

|  | December 31, | |
|---|---|---|
|  | 2006 | 2005 |
|  | (In thousands, except share data) | |
| **ASSETS** | | |
| Cash | $ 1,407,000 | $ 1,031,108 |
| Mortgage loans held for sale | 31,272,630 | 36,808,185 |
| Trading securities owned, at fair value | 20,036,668 | 10,314,384 |
| Trading securities pledged as collateral, at fair value | 1,465,517 | 668,189 |
| Securities purchased under agreements to resell, securities borrowed and federal funds sold | 27,269,897 | 23,317,361 |
| Loans held for investment, net of allowance for loan losses of $261,054 and $189,201, respectively | 78,085,757 | 69,865,447 |
| Investments in other financial instruments, at fair value | 12,769,451 | 11,260,725 |
| Mortgage servicing rights, at fair value | 16,172,064 | — |
| Mortgage servicing rights, net | — | 12,610,839 |
| Premises and equipment, net | 1,625,456 | 1,279,659 |
| Other assets | 9,841,790 | 7,929,473 |
| Total assets | $ 199,946,230 | $ 175,085,370 |
| **LIABILITIES** | | |
| Deposit liabilities | $ 55,578,682 | $ 39,438,916 |
| Securities sold under agreements to repurchase and federal funds purchased | 42,113,501 | 34,153,205 |
| Trading securities sold, not yet purchased, at fair value | 3,325,249 | 2,285,171 |
| Notes payable | 71,487,584 | 76,187,886 |
| Accounts payable and accrued liabilities | 8,187,605 | 6,358,158 |
| Income taxes payable | 4,935,763 | 3,846,174 |
| Total liabilities | 185,628,384 | 162,269,510 |
| Commitments and contingencies | — | — |
| **SHAREHOLDERS' EQUITY** | | |
| Preferred stock—authorized, 1,500,000 shares of $0.05 par value; none issued and outstanding | — | — |
| Common stock—authorized, 1,000,000,000 shares of $0.05 par value; issued, 585,466,719 shares and 600,169,268 shares at December 31, 2006 and 2005, respectively; outstanding, 585,182,298 shares and 600,030,686 shares at December 31, 2006 and 2005, respectively | 29,273 | 30,008 |
| Additional paid-in capital | 2,154,438 | 2,954,019 |
| Accumulated other comprehensive (loss) income | (17,556) | 61,114 |
| Retained earnings | 12,151,691 | 9,770,719 |
| Total shareholders' equity | 14,317,846 | 12,815,860 |
| Total liabilities and shareholders' equity | $ 199,946,230 | $ 175,085,370 |

The accompanying notes are an integral part of these consolidated financial statements.

**COUNTRYWIDE FINANCIAL CORPORATION AND SUBSIDIARIES**

**CONSOLIDATED STATEMENT OF CHANGES IN SHAREHOLDERS' EQUITY AND COMPREHENSIVE INCOME**

| | Number of Shares of Common Stock | Common Stock | Additional Paid-in Capital | Accumulated Other Comprehensive Income (Loss) | Retained Earnings | Total |
|---|---|---|---|---|---|---|
| | | | (in thousands, except share data) | | | |
| Balance at December 31, 2003 | 184,479,342 | $ 9,225 | $ 2,307,531 | $ 164,526 | $ 5,603,434 | $ 8,084,716 |
| Comprehensive income: | | | | | | |
| Net earnings for the year | — | — | — | — | 2,197,574 | 2,197,574 |
| Other comprehensive income (loss), net of tax: | | | | | | |
| Net unrealized losses from available-for-sale securities | — | — | — | (88,277 ) | — | (88,277 ) |
| Net unrealized gains from cash flow hedging instruments | — | — | — | 29,101 | — | 29,101 |
| Net change in foreign currency translation adjustment | — | — | — | 13,593 | — | 13,593 |
| Total comprehensive income | | | | | | 2,151,991 |
| 3 for 2 stock split, effected April 12, 2004 | 92,915,124 | 4,646 | (4,646 ) | — | — | — |
| 2 for 1 stock split, effected August 30, 2004 | 282,010,434 | 14,101 | (14,101 ) | — | — | — |
| Issuance of common stock pursuant to stock-based compensation plans | 7,043,996 | 353 | 137,603 | — | — | 137,956 |
| Tax benefit of stock options exercised | — | — | 93,057 | — | — | 93,057 |
| Issuance of common stock, net of treasury stock | 136,197 | 7 | 5,989 | — | — | 5,996 |
| Issuance of common stock in conversion of convertible debt | 15,063,788 | 753 | 7,182 | — | — | 7,935 |
| Tax benefit of interest on conversion of convertible debt | — | — | 37,787 | — | — | 37,787 |
| Cash dividends paid—$0 37 per common share | — | — | — | — | (209,362 ) | (209,362 ) |
| Balance at December 31, 2004 | 581,648,881 | 29,085 | 2,570,402 | 118,943 | 7,591,646 | 10,310,076 |
| Comprehensive income: | | | | | | |
| Net earnings for the year | — | — | — | — | 2,528,090 | 2,528,090 |
| Other comprehensive income (loss), net of tax: | | | | | | |
| Net unrealized losses from available-for-sale securities | — | — | — | (19,875 ) | — | (19,875 ) |
| Net unrealized losses from cash flow hedging instruments | — | — | — | (16,080 ) | — | (16,080 ) |
| Net change in foreign currency translation adjustment | — | — | — | (21,874 ) | — | (21,874 ) |
| Total comprehensive income | | | | | | 2,470,261 |
| Issuance of common stock pursuant to stock-based compensation plans | 14,902,964 | 749 | 215,893 | — | — | 216,642 |
| Tax benefit of stock options exercised | — | — | 115,117 | — | — | 115,117 |
| Issuance of common stock, net of treasury stock | 1,070,624 | 54 | 36,516 | — | — | 36,570 |
| Issuance of common stock in conversion of convertible debt | 2,408,217 | 120 | 10,559 | — | — | 10,679 |
| Tax benefit of interest on conversion of convertible debt | — | — | 5,532 | — | — | 5,532 |
| Cash dividends paid—$0 59 per common share | — | — | — | — | (349,017 ) | (349,017 ) |
| Balance at December 31, 2005 | 600,030,686 | $ 30,008 | $ 2,954,019 | $ 61,114 | $ 9,770,719 | $ 12,815,860 |

The accompanying notes are an integral part of these consolidated financial statements.

COUNTRYWIDE FINANCIAL CORPORATION AND SUBSIDIARIES

CONSOLIDATED STATEMENT OF CHANGES IN SHAREHOLDERS' EQUITY AND
COMPREHENSIVE INCOME—(Continued)

| | Number of Shares of Common Stock | Common Stock | Additional Paid-in Capital | Accumulated Other Comprehensive Income (Loss) | Retained Earnings | Total |
|---|---|---|---|---|---|---|
| | | | (In thousands, except share data) | | | |
| Balance at December 31, 2005 | 600,030,686 | $ 30,008 | $ 2,954,019 | $ 61,114 | $ 9,770,719 | $ 12,815,860 |
| Remeasurement of mortgage servicing rights to fair value upon adoption of SFAS 156 | — | — | — | — | 67,065 | 67,065 |
| Balance at, January 1, 2006 | 600,030,686 | 30,008 | 2,954,019 | 61,114 | 9,837,784 | 12,882,925 |
| Net earnings for the year | — | — | — | — | 2,674,846 | 2,674,846 |
| Other comprehensive income (loss), net of tax: | | | | | | |
| Net unrealized losses from available-for-sale securities | — | — | — | (57,269 ) | — | (57,269 ) |
| Net unrealized losses from cash flow hedging instruments | — | — | — | (9,986 ) | — | (9,986 ) |
| Net change in foreign currency translation adjustment | — | — | — | 18,312 | — | 18,312 |
| Total comprehensive income | | | | | | 2,625,903 |
| Unfunded liability relating to defined benefits plans recorded upon adoption of SFAS 158, net of tax | — | — | — | (29,727 ) | — | (29,727 ) |
| Issuance of common stock pursuant to stock-based compensation plans | 22,177,796 | 1,116 | 518,319 | — | — | 519,435 |
| Excess tax benefit related to stock-based compensation | — | — | 143,955 | — | — | 143,955 |
| Issuance of common stock, net of treasury stock | 1,198,824 | 60 | 43,365 | — | — | 43,425 |
| Issuance of common stock in conversion of convertible debt | 414,868 | 21 | 1,444 | — | — | 1,465 |
| Repurchase and cancellation of common stock | (38,639,876) | (1,932 ) | (1,506,664 ) | — | — | (1,508,596 ) |
| Cash dividends paid—$0.60 per common share | — | — | — | — | (360,939 ) | (360,939 ) |
| Balance at December 31, 2006 | 585,182,298 | $ 29,273 | $ 2,154,438 | $ (17,556) | $ 12,151,691 | $ 14,317,846 |

The accompanying notes are an integral part of these consolidated financial statements.

F-6

COUNTRYWIDE FINANCIAL CORPORATION AND SUBSIDIARIES
SCHEDULE I—CONDENSED FINANCIAL INFORMATION OF REGISTRANT
COUNTRYWIDE FINANCIAL CORPORATION
BALANCE SHEETS

| | December 31, | |
| --- | --- | --- |
| | 2006 | 2005 |
| | (In thousands) | |
| **ASSETS** | | |
| Cash | $ 2,387 | $ 290 |
| Investments in other financial instruments, at fair value | 191,138 | 7,324 |
| Intercompany receivables from non-bank subsidiaries | 20,023,416 | 16,472,108 |
| Intercompany receivable from bank subsidiary | 75,329 | 24,648 |
| Investment in non-bank subsidiaries | 8,662,135 | 7,419,396 |
| Investment in bank holding company subsidiary | 6,969,525 | 5,238,571 |
| Premises and equipment, net | 93 | 114 |
| Other assets | 9,304,384 | 305,406 |
| Total assets | $45,228,407 | $29,467,857 |
| **LIABILITIES** | | |
| Note payable | $21,393,849 | $16,111,979 |
| Intercompany payable | 235,912 | 235,912 |
| Accounts payable and accrued liabilities | 9,280,800 | 304,106 |
| Total liabilities | 30,910,561 | 16,651,997 |
| **SHAREHOLDERS' EQUITY** | | |
| Common stock | 29,273 | 30,008 |
| Additional paid-in capital | 2,154,438 | 2,954,019 |
| Accumulated other comprehensive (loss) income | (17,556) | 61,114 |
| Retained earnings | 12,151,691 | 9,770,719 |
| Total shareholders' equity | 14,317,846 | 12,815,860 |
| Total liabilities and shareholders' equity | $45,228,407 | $29,467,857 |

# EXHIBIT 49

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

# FORM 8-K

### CURRENT REPORT

### Pursuant to Section 13 or 15(d) of the
### Securities Exchange Act of 1934

**Date of Report (date of earliest event reported): January 30, 2007**

# COUNTRYWIDE FINANCIAL CORPORATION
#### (Exact name of registrant as specified in its charter)

| | | |
|---|---|---|
| **Delaware** | **1-8422** | **13-2641992** |
| (State or other jurisdiction of incorporation | (Commission File Number) | (IRS Employer Identification No.) |

| | |
|---|---|
| **4500 Park Granada, Calabasas, CA** | **91302** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(818) 225-3000**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions ( *see* General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

## COUNTRYWIDE FINANCIAL CORPORATION
## CONSOLIDATED BALANCE SHEETS

| (in thousands, except share data) | December 31, 2006 (unaudited) | December 31, 2005 (audited) | % Change |
|---|---|---|---|
| **Assets** | | | |
| Cash | $ 1,407,000 | $ 1,031,108 | 36% |
| Mortgage loans held for sale | 31,272,630 | 36,808,185 | (15%) |
| Trading securities owned, at fair value | 20,036,668 | 10,314,384 | 94% |
| Trading securities pledged as collateral, at fair value | 1,465,517 | 668,189 | 119% |
| Securities purchased under agreements to resell, securities borrowed and federal funds sold | 27,269,897 | 23,317,361 | 17% |
| Loans held for investment, net of allowance for loan losses of $261,054 and $189,201, respectively | 78,085,757 | 69,865,447 | 12% |
| Investments in other financial instruments, at fair value | 12,769,451 | 11,260,725 | 13% |
| Mortgage servicing rights, at fair value | 16,172,064 | — | N/M |
| Mortgage servicing rights, net | — | 12,610,839 | N/M |
| Premises and equipment, net | 1,625,456 | 1,279,659 | 27% |
| Other assets | 9,841,790 | 7,929,473 | 24% |
| Total assets | $ 199,946,230 | $ 175,085,370 | 14% |
| **Liabilities** | | | |
| Deposit liabilities | $ 55,578,682 | $ 39,438,916 | 41% |
| Securities sold under agreements to repurchase and federal funds purchased | 42,113,501 | 34,153,205 | 23% |
| Trading securities sold, not yet purchased, at fair value | 3,325,249 | 2,285,171 | 46% |
| Notes payable | 71,487,584 | 76,187,886 | (6%) |
| Accounts payable and accrued liabilities | 8,187,605 | 6,358,158 | 29% |
| Income taxes payable | 4,935,763 | 3,846,174 | 28% |
| Total liabilities | 185,628,384 | 162,269,510 | 14% |
| Commitments and contingencies | — | — | — |
| **Shareholders' Equity** | | | |
| Preferred stock - authorized, 1,500,000 shares of $0.05 par value; none issued and outstanding | — | — | — |
| Common stock - authorized, 1,000,000,000 shares of $0.05 par value; issued, 585,466,719 shares and 600,169,268 shares at December 31, 2006 and 2005, respectively; outstanding, 585,182,298 shares and 600,030,686 shares at December 31, 2006 and 2005, respectively | 29,273 | 30,008 | (2%) |
| Additional paid-in capital | 2,154,438 | 2,954,019 | (27%) |
| Accumulated other comprehensive (loss) income | (17,556) | 61,114 | N/M |
| Retained earnings | 12,151,691 | 9,770,719 | 24% |
| Total shareholders' equity | 14,317,846 | 12,815,860 | 12% |
| Total liabilities and shareholders' equity | $ 199,946,230 | $ 175,085,370 | 14% |

(more)

# EXHIBIT 50

Use these links to rapidly review the document
Countrywide Financial Corporation 2007 Annual Report on Form 10-K Table of Contents
TABLE OF CONTENTS 2

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

## Form 10-K

**(Mark One)**

☒    **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2007**

or

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number: 1-8422**

---

## Countrywide Financial Corporation
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **13-2641992** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |
| **4500 Park Granada, Calabasas, CA** | **91302** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code: **(818) 225-3000**

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| Common Stock, $0.05 Par Value | New York Stock Exchange |
| Preferred Stock Purchase Rights | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act:
**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes ☒    No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes ☐    No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports) and (2) has been subject to such filing requirements for the past 90 days.    Yes ☒    No ☐

COUNTRYWIDE FINANCIAL CORPORATION AND SUBSIDIARIES

CONSOLIDATED BALANCE SHEETS

| | December 31, | |
| --- | --- | --- |
| | 2007 | 2006 |
| | (In thousands, except share data) | |
| **ASSETS** | | |
| Cash | $    8,810,399 | $    1,407,000 |
| Mortgage loans held for sale | 11,681,274 | 31,272,630 |
| Trading securities owned, at fair value | 14,988,780 | 20,036,668 |
| Trading securities pledged as collateral, at fair value | 6,838,044 | 1,465,517 |
| Securities purchased under agreements to resell, securities borrowed and federal funds sold | 9,640,879 | 27,269,897 |
| Loans held for investment, net of allowance for loan losses of $2,399,491 and $326,817, respectively | 98,000,713 | 78,019,994 |
| Investments in other financial instruments, at fair value | 28,173,281 | 12,769,451 |
| Mortgage servicing rights, at fair value | 18,958,180 | 16,172,064 |
| Premises and equipment, net | 1,564,438 | 1,625,456 |
| Other assets | 13,074,073 | 9,907,553 |
| Total assets | $  211,730,061 | $  199,946,230 |
| **LIABILITIES** | | |
| Deposit liabilities | $  60,200,599 | $  55,578,682 |
| Securities sold under agreements to repurchase | 18,218,162 | 42,113,501 |
| Trading securities sold, not yet purchased, at fair value | 4,092,374 | 3,325,249 |
| Notes payable | 97,227,413 | 71,487,584 |
| Accounts payable and accrued liabilities | 13,152,099 | 8,187,605 |
| Income taxes payable | 4,183,543 | 4,935,763 |
| Total liabilities | 197,074,190 | 185,628,384 |
| Commitments and contingencies | — | — |
| **SHAREHOLDERS' EQUITY** | | |
| Preferred stock, par value $0.05—authorized, 1,500,000 shares; issued and outstanding at December 31, 2007, 20,000 shares of 7.25% Series B non-voting convertible cumulative shares with a total liquidation preference of $2,000,000 | 1 | — |
| Common stock, par value $0.05—authorized, 1,000,000,000 shares; issued, 578,881,566 shares and 585,466,719 shares at December 31, 2007 and 2006, respectively; outstanding, 578,434,243 shares and 585,182,298 shares at December 31, 2007 and 2006, respectively | 28,944 | 29,273 |
| Additional paid-in capital | 4,155,724 | 2,154,438 |
| Retained earnings | 10,644,511 | 12,151,691 |
| Accumulated other comprehensive loss | (173,309) | (17,556) |
| Total shareholders' equity | 14,655,871 | 14,317,846 |
| Total liabilities and shareholders' equity | $  211,730,061 | $  199,946,230 |

The accompanying notes are an integral part of these consolidated financial statements.

F-3

## COUNTRYWIDE FINANCIAL CORPORATION AND SUBSIDIARIES

## CONSOLIDATED STATEMENT OF CHANGES IN SHAREHOLDERS' EQUITY AND COMPREHENSIVE (LOSS) INCOME

| | Convertible Preferred Stock | Common Stock Shares | Common Stock Amount | Additional Paid-in Capital | Retained Earnings | Accumulated Other Comprehensive (Loss) Income | Total |
|---|---|---|---|---|---|---|---|
| | | | | (in thousands, except share data) | | | |
| **Balance at December 31, 2004** | $ — | 581,648,881 | $ 29,085 | $ 2,570,402 | $ 7,591,646 | $ 118,943 | $ 10,310,076 |
| Comprehensive income: | | | | | | | |
| Net earnings for the year | — | — | — | — | 2,528,090 | — | 2,528,090 |
| Other comprehensive income (loss), net of tax: | | | | | | | |
| Net unrealized losses from available-for-sale securities | — | — | — | — | — | (19,875) | (19,875) |
| Net unrealized losses from cash flow hedging instruments | — | — | — | — | — | (16,080) | (16,080) |
| Net change in foreign currency translation adjustment | — | — | — | — | — | (21,874) | (21,874) |
| Total comprehensive income | | | | | | | 2,470,261 |
| Issuance of common stock pursuant to stock-based compensation plans | — | 14,902,964 | 749 | 215,893 | — | — | 216,642 |
| Tax benefit of stock options exercised | — | — | — | 115,117 | — | — | 115,117 |
| Issuance of common stock, net of treasury stock | — | 1,070,624 | 54 | 36,516 | — | — | 36,570 |
| Issuance of common stock in conversion of convertible debt | — | 2,408,217 | 120 | 10,559 | — | — | 10,679 |
| Tax benefit of interest on conversion of convertible debt | — | — | — | 5,532 | — | — | 5,532 |
| Cash dividends paid—$0.59 per common share | — | — | — | — | (349,017) | — | (349,017) |
| **Balance at December 31, 2005** | — | 600,030,686 | 30,008 | 2,954,019 | 9,770,719 | 61,114 | 12,815,860 |
| Remeasurement of mortgage servicing rights to fair value upon adoption of SFAS 156 | — | — | — | — | 67,065 | — | 67,065 |
| **Balance as adjusted, January 1, 2006** | — | 600,030,686 | 30,008 | 2,954,019 | 9,837,784 | 61,114 | 12,882,925 |
| Comprehensive income: | | | | | | | |
| Net earnings for the year | — | — | — | — | 2,674,846 | — | 2,674,846 |
| Other comprehensive income (loss), net of tax: | | | | | | | |
| Net unrealized losses from available-for-sale securities | — | — | — | — | — | (57,269) | (57,269) |
| Net unrealized losses from cash flow hedging instruments | — | — | — | — | — | (9,986) | (9,986) |
| Net change in foreign currency translation adjustment | — | — | — | — | — | 18,312 | 18,312 |
| Total comprehensive income | | | | | | | 2,625,903 |
| Unfunded liability relating to defined benefits plans recorded upon adoption of SFAS 158, net of tax | — | — | — | — | — | (29,727) | (29,727) |
| Issuance of common stock pursuant to stock-based compensation plans | — | 22,177,796 | 1,116 | 518,319 | — | — | 519,435 |
| Excess tax benefit related to stock-based compensation | — | — | — | 143,955 | — | — | 143,955 |
| Issuance of common stock, net of treasury stock | — | 1,198,824 | 60 | 43,365 | — | — | 43,425 |
| Issuance of common stock in conversion of convertible debt | — | 414,868 | 21 | 1,444 | — | — | 1,465 |
| Repurchase and cancellation of common stock | — | (38,639,876) | (1,932) | (1,506,664) | — | — | (1,508,596) |
| Cash dividends paid—$0.60 per common share | — | — | — | — | (360,939) | — | (360,939) |
| **Balance at December 31, 2006** | $ — | 585,182,298 | $ 29,273 | $ 2,154,438 | $ 12,151,691 | $ (17,556) | $ 14,317,846 |

The accompanying notes are an integral part of these consolidated financial statements.

COUNTRYWIDE FINANCIAL CORPORATION AND SUBSIDIARIES

CONSOLIDATED STATEMENT OF CHANGES IN SHAREHOLDERS' EQUITY AND COMPREHENSIVE (LOSS) INCOME—
(Continued)

| | Convertible Preferred Stock | Common Stock Shares | Common Stock Amount | Additional Paid-In Capital | Retained Earnings | Accumulated Other Comprehensive (Loss) Income | Total |
|---|---|---|---|---|---|---|---|
| | | | (in thousands, except share data) | | | | |
| Balance at December 31, 2006 | $ — | 585,182,298 | $ 29,273 | $ 2,154,438 | $ 12,151,691 | $ (17,556) | $ 14,317,846 |
| Remeasurement of income taxes payable upon adoption of FIN 48 | — | — | — | — | (12,719) | — | (12,719) |
| Balance as adjusted, January 1, 2007 | — | 585,182,298 | 29,273 | 2,154,438 | 12,138,972 | (17,556) | 14,305,127 |
| Comprehensive income: | | | | | | | |
| Net loss for the year | — | — | — | — | (703,538) | — | (703,538) |
| Other comprehensive income (loss), net of tax: | | | | | | | |
| Net unrealized losses from available-for-sale securities | — | — | — | — | — | (195,530) | (195,530) |
| Net change in foreign currency translation adjustment | — | — | — | — | — | 8,971 | 8,971 |
| Change in unfunded liability relating to defined benefit plans | — | — | — | — | — | 30,806 | 30,806 |
| Total comprehensive loss | | | | | | | (859,291) |
| Issuance of common stock pursuant to stock-based compensation | — | 13,774,800 | 697 | 337,475 | — | — | 338,172 |
| Excess tax benefit related to stock-based compensation plans | — | — | — | 72,424 | — | — | 72,424 |
| Issuance of Series B preferred stock | 1 | — | — | 1,999,999 | — | — | 2,000,000 |
| Beneficial conversion feature on Series B preferred stock | — | — | — | 424,444 | (424,444) | — | — |
| Issuance of common stock, net of treasury stock | — | 980,657 | 49 | 29,425 | — | — | 29,474 |
| Repurchase and cancellation of common stock | — | (21,503,512) | (1,075) | (862,481) | — | — | (863,556) |
| Cash dividends paid—$0.60 per common share | — | — | — | — | (350,771) | — | (350,771) |
| Cash dividends paid—$785 42 per preferred share | — | — | — | — | (15,708) | — | (15,708) |
| Balance at December 31, 2007 | $ 1 | 578,434,243 | $ 28,944 | $ 4,155,724 | $ 10,644,511 | $ (173,309) | $ 14,655,871 |

The accompanying notes are an integral part of these consolidated financial statements.

F-6

COUNTRYWIDE FINANCIAL CORPORATION AND SUBSIDIARIES

SCHEDULE I—CONDENSED FINANCIAL INFORMATION OF REGISTRANT

COUNTRYWIDE FINANCIAL CORPORATION

BALANCE SHEETS

| | December 31, | |
|---|---|---|
| | 2007 | 2006 |
| | (In thousands) | |
| **ASSETS** | | |
| Cash | $ 5,620 | $ 2,387 |
| Mortgage loans held for sale | 67 | — |
| Loans held for investment | 582,760 | — |
| Investments in other financial instruments, at fair value | 549,221 | 191,138 |
| Intercompany receivables from non-bank subsidiaries | 26,395,406 | 28,773,784 |
| Intercompany receivable from bank subsidiary | 265,300 | 194,738 |
| Investment in non-bank subsidiaries | 7,542,482 | 8,662,135 |
| Investment in bank holding company subsidiary | 9,411,195 | 6,969,525 |
| Premises and equipment, net | 59 | 93 |
| Other assets | 353,320 | 434,607 |
| Total assets | $ 45,105,430 | $ 45,228,407 |
| **LIABILITIES** | | |
| Securities sold under agreements to repurchase | $ 440,000 | $ — |
| Notes payable | 18,920,877 | 21,393,849 |
| Intercompany payable | 10,657,655 | 9,096,179 |
| Accounts payable and accrued liabilities | 431,027 | 420,533 |
| Total liabilities | 30,449,559 | 30,910,561 |
| **SHAREHOLDERS' EQUITY** | | |
| Preferred stock | 1 | — |
| Common stock | 28,944 | 29,273 |
| Additional paid-in capital | 4,155,724 | 2,154,438 |
| Retained earnings | 10,644,511 | 12,151,691 |
| Accumulated other comprehensive loss | (173,309) | (17,556) |
| Total shareholders' equity | 14,655,871 | 14,317,846 |
| Total liabilities and shareholders' equity | $ 45,105,430 | $ 45,228,407 |

F-105