IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____
                                )
IN RE COUNTRYWIDE FINANCIAL     )    C.A. No. 1:07-372-SLR (MPT)
CORPORATION DERIVATIVE          )
LITIGATION                      )    (Consolidated Action)
                                )
_____)

## DECLARATION OF STUART M. GLASS

I, Stuart M. Glass, hereby declare:

1.      I am a partner with the law firm of Goodwin Procter LLP. I make this declaration (the "Declaration") based on my personal knowledge and in support of Defendants' Angelo R. Mozilo, Henry G. Cisneros, Robert J. Donato, Harley W. Snyder, Jeffrey M Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, and Keith P. Russell and Nominal Defendant Countrywide Financial Corporation's Reply Brief in Support of Motion to Transfer Venue or in the Alternative Stay.

2.      Exhibit B to this Declaration is a true and correct copy of the Notice of Proceedings filed in *In re Countrywide Financial Corporation Shareholder Derivative Litigation*, Lead Case No. BC 375275 on March 18, 2008 in Los Angeles Superior Court.

3.      Exhibit C to this Declaration is a true and correct copy of excerpts from the transcript of a hearing before Judge Marianna Pfaelzer on March 20, 2008 in *In re Countrywide Financial Corporation Derivative Litigation*, Lead Case No. 07-CV-06923-MRP (MANx) in the United States District Court for the Central District of California.

4.      Exhibit D to this Declaration is a true and correct copy of the [Proposed] Order Granting Defendants' Motion to Stay filed in *In re Countrywide Financial Corporation*

*Shareholder Derivative Litigation*, Lead Case No. BC 375275 on April 14, 2008 in Los Angeles

Superior Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of May, 2008 at Boston, Massachusetts.

Stuart M. Glass, Esq.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Robert D. Goldberg, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, DE 19899-0636

Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

# EXHIBIT B

1  SETH ARONSON (S.B. #100153)
   saronson@omm.com
2  DAVID HURWITZ (S B. #174632)
   dhurwitz@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, CA  90071-2899
   Telephone:  (213) 430-6000
5  Facsimile:   (213) 430-6407

6  Attorneys for Defendant Bank of America Corporation

7

8          **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                    **COUNTY OF LOS ANGELES**

10

11 IN RE COUNTRYWIDE            Lead Case No.  **BC 375275**
   FINANCIAL CORPORATION
   SHAREHOLDER DERIVATIVE
12 LITIGATION                   **NOTICE OF PROCEEDINGS**

13                              Date:       March 17, 2008
   This Document Relates To:    Time:       1:30 p.m.
14                              Department: 324
        ALL ACTIONS             Judge:      Hon. Victoria Chaney
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              NOTICE OF PROCEEDINGS

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2       PLEASE TAKE NOTICE that, on March 17, 2008 at 1:30 p.m., counsel for

3  plaintiffs, Countrywide Financial Corporation and the Countrywide-affiliated

4  individual defendants, Michael Dougherty and Bank of America Corporation

5  appeared before the Honorable Victoria G. Chaney for hearing on Defendants'

6  Motion to Stay the Derivative and Class Action. After considering the papers

7  filed with the Court and the arguments of counsel:

8       The Court stated that its tentative decision was to grant Defendants'

9  Motion to Stay the Derivative and Class Action for reasons of judicial economy and

10  to avoid the potential for inconsistent rulings.

11       The Court ordered the hearing continued on the Motion until

12  Wednesday, March 26, 2008, at 9:00 a.m., after the hearing noticed for March 20,

13  2008, on the motions pending before the United States District Court for the Central

14  District of California in the parallel federal litigation, styled *In re Countrywide*

15  *Financial Corp. Derivative Litigation*, Case No. 07-CV-06923 MRP (MANx). The

16  Court further ordered counsel to meet and confer before March 26, 2008.

17

18       Dated:  March 18, 2008              SETH ARONSON

19                                          DAVID I. HURWITZ
                                            O'MELVENY & MYERS LLP
20

21                                          By:

22                                              Seth Aronson
                                            Attorneys for Defendant
23                                          Bank of America Corporation

24

25

26

27

28

1

1

## PROOF OF SERVICE

2          I, Nicki Dolce, declare:

3          I am a resident of the State of California and over the age of eighteen years,

4    and not a party to the within action; my business address is 400 South Hope Street,

5    Los Angeles, California  90071-2899.  On March 18, 2008, I served the within document:

6          **NOTICE OF PROCEEDINGS**

7

8    ☒     By transmitting electronically the document listed above to the e-mail
           addresses set forth on the attached Service List.
9

10               See attached **Service List**

11          I declare under penalty of perjury under the laws of the State of California

12   that the above is true and correct.

13          Executed on March 18, 2008, at Los Angeles, California.

14

15                                             _____
16                                                       Nicki Dolce

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Service List**
*In re Countrywide Financial Corporation*
*Shareholder Derivative Litigation.*
LASC Lead Case No. BC 375275

<u>CO-LEAD COUNSEL FOR</u>
<u>PLAINTIFFS:</u>

Brian J. Robbins, Esq.
Jeffrey P. Fink, Esq.
Kevin A. Seely, Esq.
Arshan Amiri, Esq.
ROBBINS UMEDA & FINK, LLP
610 West Ash Street, Suite 1800
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@ruflaw.com
jfink@ruflaw.com
kseely@ruflaw.com
aamiri@ruflaw.com

Anita Kartalopoulos, Esq.
Kent A. Bronson, Esq.
MILBERG WEISS LLP
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
akartalopoulos@milbergweiss.com
kbronson@milbergweiss.com

Jeff S. Westerman, Esq.
Elizabeth P. Lin, Esq.
MILBERG WEISS LLP
One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
jwesterman@milbergweiss.com
elin@milbergweiss.com

2

PROOF OF SERVICE

1

**ADDITIONAL COUNSEL FOR**

2

**PLAINTIFFS:**

3

Alfred G. Yates, Jr., Esq.

4

LAW OFFICES OF ALFRED G. YATES, JR.

5

519 Allegheny Building

429 Forbes Avenue

6

Pittsburgh, PA 15219-1649

7

Telephone: (412) 391-5164

Facsimile: (412) 471-1033

8

yateslaw@aol.com

9

10

Maya Saxena, Esq.

Joseph E. White III, Esq.

11

Christopher S. Jones, Esq.

Lester R. Hooker, Esq.

12

SAXENA WHITE P.A.

13

2424 N. Federal Hwy., Suite 257

Boca Raton, FL 33431

14

Telephone: (561) 394-3399

15

Facsimile: (561) 394-3382

msaxena@saxenawhite.com

16

jwhite@saxenawhite.com

cjones@saxenawhite.com

17

lhooker@saxenawhite.com

18

19

Vahn Alexander, Esq.

FARUQI & FARUQI, LLP

20

1901 Avenue of the Stars, 2nd Floor

21

Los Angeles, CA 90067

Telephone: (310) 461-1426

22

Facsimile: (310) 461-1426

valexander@faruqilaw.com

23

24

25

26

27

28

Corey D. Holzer, Esq.

Michael I. Fistel, Jr., Esq.

HOLZER HOLZER & FISTEL, LLC

1117 Perimeter Center West

Suite E-107

Atlanta, GA 30338

Telephone: (770) 392-0090

Facsimile: (770) 392-0029

cholzer@holzerlaw.com

mfistel@holzerlaw.com

Nadeem Faruqi, Esq.

FARUQI & FARUQI, LLP

369 Lexington Avenue, 10th Floor

New York, NY 10017

Telephone: (212) 983-9330

Facsimile: (212) 983-9331

nfaruqi@faruqilaw.com

3

PROOF OF SERVICE

| | |
|---|---|
| 1 | Don Howarth |
| 2 | Suzelle M. Smith |
| | Darcy R. Harris |
| 3 | Howarth & Smith |
| | 523 West Sixth Street, Suite 728 |
| 4 | Los Angeles, CA 90014 |
| 5 | Telephone: (213) 955-9400 |
| | Facsimile: (213) 622-0791 |
| 6 | dhowarth@Howarth-Smith.com |
| 7 | ssmith@Howard-Smithc.com |
| | dharris@Howard-Smith.com |
| 8 | |

**ATTORNEYS FOR DEFENDANTS
COUNTRYWIDE FINANCIAL CORP.,
ANGELO R. MOZILO, HENRY G.
CISNEROS, JEFFREY M.
CUNNINGHAM, ROBERT J. DONATO,
MARTIN R. MELONE, ROBERT T.
PARRY, OSCAR P. ROBERTSON,
KEITH P. RUSSELL, HARLEY W.
SNYDER:**

| 14 | | |
|---|---|---|
| 15 | Lloyd Winawer, Esq. | Brian E. Pastuszenski, Esq. |
| 16 | GOODWIN \| PROCTER LLP | Stuart M. Glass, Esq. |
| | 10250 Constellation Blvd., 21st Floor | GOODWIN \| PROCTER LLP |
| 17 | Los Angeles, CA 90067 | Exchange Place |
| 18 | Telephone: (310) 788-5100 | 53 State Street |
| | Facsimile: (310) 286-0992 | Boston, MA 02109 |
| 19 | lwinawer@goodwinprocter.com | Telephone: (617) 570-1000 |
| 20 | | Facsimile: (617) 523-1231 |
| | | bpastuszenski@goodwinprocter.com |
| 21 | Eric M. Roth, Esq. | sglass@goodwinprocter.com |
| 22 | Stephen R. DiPrima, Esq. | |
| | Grapham W. Meli, Esq. | |
| 23 | Wachtell, Lipton, Rosen & Katz | |
| | 51 West 52nd Street | |
| 24 | New York, NY 10019 | |
| 25 | Telephone: (212) 403-1000 | |
| | Facsimile: (212) 403-2000 | |
| 26 | emroth@wlrk.com | |
| 27 | srdiprima@wlrk.com | |
| | gwmeli@wlrk.com | |
| 28 | | |

4

PROOF OF SERVICE

1

<u>**ATTORNEY FOR DEFENDANT**</u>

2

<u>**MICHAEL DOUGHERTY:**</u>

3

Eric S. Waxman, Esq.

SKADDEN, ARPS, SLATE, MEAGHER

4

& FLOM LLP

5

300 S. Grand Avenue, Suite 3400

Los Angeles, CA 90071

6

Telephone: (213) 687-5000

Facsimile: (213) 687-5600

7

eric.waxman@skadden.com

8

9

LA2:855927 2

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5

PROOF OF SERVICE

# EXHIBIT C

1

```
1                    UNITED STATES DISTRICT COURT
                     CENTRAL DISTRICT OF CALIFORNIA
2                              ---
                HONORABLE MARIANA R. PFAELZER, JUDGE PRESIDING
3                              ---
        LEAD CASE:  CV07-5295-MRP(MANx)
4       GEORGE PAPPAS, ET AL., V. COUNTRYWIDE FINANCIAL CORP.
        CONSOLIDATED CASES:
5       CV07-05727-MRP(MANx) NORFOLK COUNTY RETIREMENT SYSTEM V.
                             COUNTRYWIDE FINANCIAL, ET AL.
6       CV07-06083-MRP(MANx) JACK MCBRIDE, ET AL., V.
                             COUNTRYWIDE FINANCIAL, ET AL.
7       CV07-06635-MRP(MANx) SARATOGA ADVANTAGE TRUST, ET AL., V.
                             COUNTRYWIDE FINANCIAL CORP., ET AL.
8       CV07-07259-MRP(Rcx)  BARRY BRAHN V.
                             COUNTRYWIDE CAPITAL, ET AL.
9       CV08-00492-MRP(PLAx) NEW YORK CITY EMPLOYEES' RETIREMENT
                             SYSTEM, ET AL., V. COUNTRYWIDE
10                           FINANCIAL CORPORATION, ET AL.
        LEAD CASE:  CV07-7097-MRP(MANx)
11      ARGENT CLASSIC CONVERTIBLE ARBITRAGE FUND L.P., ET AL., V.
        COUNTRYWIDE FINANCIAL CORP., ET AL.
12      RELATED CASES:
        CV07-7548-MRP(JTLx)    MARSHA STEELE V.
13                             COUNTRYWIDE CAPITAL V., ET AL.
        CV07-6923-MRP(SSx)     ARKANSAS TEACHER RETIREMENT SYSTEM,
14                             ET AL., V. COUNTRYWIDE FINANCIAL
                               CORPORATION
15      CV07-7058-MRP(MANx)    PUBLIC EMPLOYEES' RETIREMENT SYSTEM
                               OF MISSISSIPPI V. ANGELO R. MOZILO
16      CV07-6444-MRP(MANx)    JASON MILLER V. ANGELO R. MOZILO
        BofA CASES:
17      CV08-00236-MRP(MANx)   JEFF ADAMS V. ANGELO R. MOZILO, ET AL.
        CV08-00285-MRP(MANx)   ANDRE SNYDER V. COUNTRYWIDE FINANCIAL
18                             CORP., ET AL.
        CV08-00287-MRP(SSx)    MICHAEL FEDER V.
19                             JEFFREY M. CUNNINGHAM, ET AL.
20                  REPORTER'S TRANSCRIPT OF PROCEEDINGS
                         LOS ANGELES, CALIFORNIA
21                       THURSDAY, MARCH 20, 2008
22                            MARK SCHWEITZER, CSR, RPR, CRR
                              OFFICIAL COURT REPORTER
23                            UNITED STATES DISTRICT COURT
                              181-H ROYBAL FEDERAL BUILDING
24                            255 EAST TEMPLE STREET
                              LOS ANGELES, CALIFORNIA 90012
25                            (213) 626-7570
```

```
 1    Appearances of Counsel:
 2
 3    For the Shareholder Derivative Plaintiffs:
 4        Bernstein, Litowitz, Berger & Grossmann LLP
          By Blair A. Nicholas, Esq.
 5            Niki L. Mendoza, Esq.
          12481 High Bluff Drive
 6        Suite 300
          San Diego, CA 92130-3582
 7        (858) 793-0070
 8    For the Derivative Plaintiffs:
 9        Grant & Eisenhofer P.A.
          By Michael J. Barry, Esq.
10        1201 North Market Street
          Wilmington, DE 19801
11        (302) 622-7065
12
13    For the Public Employees Retirement System
      of the State of Mississippi:
14
          Wolf, Popper LLP
15        By Lester L. Levy, Esq.
          845 Third Avenue
16        New York, NY 10022
          (212) 451-9606
17
18    For Garber:
19        Robbins, Umeda & Fink LLP
          By Kevin A. Seely, Esq.
20        610 West Ash Street
          Suite 1800
21        San Diego, CA 92101
          (619) 525-3990
22
23
24
25        [M O R E]
```

```
 1    Appearances of Counsel (continued):
 2    For Garber:
 3         Milberg, Weiss
           By Jeff Westerman, Esq.
 4         300 South Grand Avenue
           Suite 3900
 5         Los Angeles, CA 90071
           (213) 617-1200
 6
 7
 8    For Related Adams Case:
 9         Coughlin, Stoia, Geller, Rudman & Robbins LLP
           By Randall J. Baron, Esq.
10         655 West Broadway
           Suite 1900
11         San Diego, CA 92101-8498
           (619) 231-1058
12
13    For the ERISA Alvidrez Case:
14         Keller, Rohrback LLP
           By Lynn Lincoln Sarko, Esq.
15         1201 Third Avenue
           Suite 3200
16         Seattle, WA 98101-3052
           (206) 623-1900
17
18
19    For the Argent Case:
20         Susman, Godfrey LLP
           By Marc M. Seltzer, Esq.
21         1901 Avenue of the Stars
           Suite 950
22         Los Angeles, CA 90067
           (310) 789-3102
23
24
25    [M O R E]
```

```
 1    Appearances of Counsel (continued):
 2    For the Argent Case:
 3        Entwistle & Cappucci LLP
          By Vincent R. Cappucci, Esq.
 4        280 Park Avenue
          26th Floor West
 5        New York, NY 10017
          (212) 894-7202
 6
 7    For the New York Funds:
 8        Labaton, Sucharow
          By Joel Bernstein, Esq.
 9            Mark Labaton, Esq.
          140 Broadway
10        New York, NY 10005
          (212) 907-0700
11
12    For Countrywide Financial and
      various individual defendants:
13
          Goodwin, Procter LLP
14        By Brian E. Pastuszenski, Esq.
             Lloyd Winawer, Esq.
15        Exchange Place
          Boston, MA 02109
16        (617) 570-1000
17
18    For Michael Dougherty:
19        Skadden, Arps, Slate, Meagher & Flom
          By Eric S. Waxman, Esq.
20        300 South Grand Avenue
          Los Angeles, CA 90071-3144
21        (213) 687-5000
22
23
24
25    [M O R E]
```

```
1    Appearances of Counsel (continued):
2    For Countrywide Financial and
     various individual defendants:
3
          Wachtell, Lipton, Rosen, & Katz
4         By Eric Roth, Esq.
              Stephen DiPrima, Esq.
5             Graham W. Meli, Esq.
          51 West 52nd Street
6         New York, NY 10019-6150
          (212) 403-1000
7
8
9    For Bank of America:
10        O'Melveny & Myers LLP
          By Seth Aronson, Esq.
11            David I. Hurwitz, Esq.
          400 South Hope Street
12        Los Angeles, CA 90071-2899
          (213) 430-6000
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
1                        I N D E X

2

3    MATTER:  ARKANSAS TEACH RETIREMENT SYSTEM, FIRE & POLICE
     PENSION ASSOCIATION OF COLORADO, LOUISIANA MUNICIPAL POLICE
4    EMPLOYEES' RETIREMENT SYSTEM, PUBLIC EMPLOYEES RETIREMENT
     SYSTEM OF MISSISSIPPI, AND PLAINTIFF CENTRAL LABORERS PENSION
5    FUND'S MOTION FOR CONSTRUCTIVE TRUST AND PRELIMINARY
     INJUNCTION (FILED 2/15/08)

6
     ARKANSAS TEACHER RETIREMENT SYSTEM, FIRE & POLICE PENSION
7    ASSOCIATION OF COLORADO, LOUISIANA MUNICIPAL POLICE
     EMPLOYEES' RETIREMENT SYSTEM, PUBLIC EMPLOYEES RETIREMENT
8    SYSTEM OF MISSISSIPPI, AND PLAINTIFF CENTRAL LABORERS PENSION
     FUND'S MOTION FOR EXPEDITED DISCOVERY (FILED 2/15/08)

9
     DEFENDANTS' CROSS-MOTION TO STAY (FILED 2/15/08)

10
     DEFENDANTS' MOTION TO STAY DISCOVERY IN IN RE: SHAREHOLDER
11   DERIVATIVE LITIGATION (FILED 2/29/08)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    of millions of shares -- of dollars were made on sales of

2    stock over a period of four years.  Four years is a very long

3    time, your Honor.  What did the directors know, and when did

4    they know it?  Is the allegation that these directors were

5    seers?  That they knew, going back to 2004, that housing

6    prices were going to crash, that the credit markets were

7    going to die, that they knew that and sold hundreds of

8    millions of shares knowing that was going to happen?

9    Fanciful, but not even alleged.

10            Thank you.

11            MS. MENDOZA:  Your Honor, if I may, I'd like an

12   opportunity to respond and even correct a few things that

13   defense counsel has stated.

14            THE COURT:  Of course.

15            MS. MENDOZA:  But before I get to that, I want to

16   point out that we do have an agreement on one thing.

17   Defendants agree that the derivative claims should be decided

18   in this court.  In fact, they have filed a motion to transfer

19   a derivative case that was filed in Delaware Federal Court

20   out here.

21            THE COURT:  That seems to me to be a perfectly good

22   suggestion.

23            MS. MENDOZA:  Correct.  And indeed, their argument

24   there is that this case -- this court is the center of

25   gravity for this case, in addition, that Countrywide's

# EXHIBIT D

1   SETH ARONSON (S.B. #100153)
    saronson@omm.com
2   DAVID HURWITZ (S.B. #174632)
    dhurwitz@omm.com
3   O'MELVENY & MYERS LLP
    400 South Hope Street
4   Los Angeles, CA 90071-2899
    Telephone: (213) 430-6000
5   Facsimile: (213) 430-6407

RECEIVED

APR 1 4 2008

Dept. 324

6   Attorneys for Defendant Bank of America Corporation

7

8        SUPERIOR COURT OF THE STATE OF CALIFORNIA

9            COUNTY OF LOS ANGELES

10

11  IN RE COUNTRYWIDE
    FINANCIAL CORPORATION
    SHAREHOLDER DERIVATIVE
12  LITIGATION

13
    This Document Relates To:
14
        ALL ACTIONS
15

Lead Case No. **BC 375275**

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO STAY**

Date:   April 17, 2008
Dept.   324
Judge   Hon. Victoria A. Chaney

16

17

18

19

20

21

22

23

24

25

26

27

28

Los Angeles Court Services
COPY SENT TO
CALENDAR DEPT.

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO STAY

1        Defendants' Joint Motion to Stay the Consolidated Shareholder Derivative

2    and Class Action Complaint came before the Court for hearing on March 17,

3    2008 and March 26, 2008.  The Court, having considered all arguments and

4    governing law, hereby grants the Motion and stays this Action in its entirety.

5        IT IS SO ORDERED.

6

7    April ___, 2008

8

9                           By: _____

10                              Hon. Victoria Chaney
                                Superior Court Judge

11

12   LA2:856996.2

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                   1

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO STAY