IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION | C.A. No. 1:07-372-SLR (MPT)<br><br>(Consolidated Action) |

### DEFENDANTS ANGELO R. MOZILO, HENRY G. CISNEROS, ROBERT J. DONATO, HARLEY W. SNYDER, JEFFREY M. CUNNINGHAM, MARTIN R. MELONE, ROBERT T. PARRY, OSCAR P. ROBERTSON, KEITH P. RUSSELL, AND NOMINAL DEFENDANT COUNTRYWIDE FINANCIAL CORPORATION'S REQUEST FOR ORAL ARGUMENT

On February 27, 2008 Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert J. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell and Nominal Defendant Countrywide Financial Corporation ("Defendants") filed a motion to dismiss pursuant to Fed. R. Civ. P. 23.1 and 12(b)(6) and an opening brief in support thereof. (D.I. 46 and D.I. 47). That same day, Defendants also filed a motion to transfer venue or in the alternative stay and an opening brief in support thereof. (D.I. 40 and 41). On April 4, 2008, Plaintiffs filed an answering brief in opposition to both motions. (D.I. 52). With the filing of Defendants' reply briefs on May 12, 2008 (D.I. 57 and 59), the parties have completed briefing on the motions. Pursuant to Delaware District Court Local Rule 7.1.4, Defendants respectfully request that oral argument be scheduled on the motions at the Court's convenience.

OF COUNSEL:

Brian E. Pastuszenski
Stuart M. Glass
Goodwin Procter
53 State Street
Exchange Place
Boston, MA 02109
617-570-1000

Dated: May 15, 2008

/s/ 
Thomas A. Beck (2086)
beck@rlf.com
Steven J. Fineman (#4025)
fineman@rlf.com
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
302-651-7700
Attorneys for Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert J. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell, and Nominal Defendant Countrywide Financial Corporation

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Robert D. Goldberg, Esquire
Biggs & Battaglia
921 North Orange Street
P.O. Box 1489
Wilmington, DE 19899

Edward P. Welch, Esquire
Edward B. Micheletti, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square, P.O. Box 636
Wilmington, DE 19899-0636

/s/ Steven J. Fineman
Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

RLF1-3283385-1