IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION<br><br>THIS RELATES TO ALL ACTIONS | C.A. No. 1:07-00372 SLR (MPT)<br>(Consolidated Action)<br>Judge Sue L. Robinson |

**STIPULATED AMENDED ORDER THAT THE MOTION HEARING SCHEDULED
FOR JULY 17, 2008 BE TAKEN OFF CALENDAR**

WHEREAS, pursuant to the Court's Order of January 31, 2008, D.I. 35, Plaintiffs filed their Consolidated, Amended, and Supplemental Verified Complaint, D.I. 37, on February 13, 2008;

WHEREAS, on February 27, 2008, Defendants Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell (the "Directors") and nominal defendant Countrywide Financial Corporation ("CFC") (collectively, the "Countrywide Defendants") filed a motion to dismiss the Complaint in its entirety for, among other reasons, failing to make a pre-suit demand on CFC's Board of Directors, failing to adequately allege with particularity that demand on the Board would be futile, and failing to make any specific allegations suggesting that the Directors acted irrationally or disloyally when they approved the stock repurchase that is the subject of this lawsuit, D.I. 46, 47, 57, and a motion to transfer venue to the U.S. District Court for the Central District of California or, alternatively, to stay, D.I. 40, 41, 59;

WHEREAS, on that same day, former outside directors Michael E. Dougherty and Kathleen Brown (the "Former Directors") also moved to dismiss Plaintiffs' Consolidated Amended Complaint for, among other reasons, failing to make a pre-suit demand on CFC's

Board of Directors, failing to adequately allege with particularity that demand on the Board would be futile, and failing to make any specific allegations suggesting that the Former Directors acted irrationally or disloyally when they approved the stock repurchase that is the subject of this lawsuit.  D.I 39, 42, 56.

WHEREAS, oral argument on these motions to dismiss for failure to make demand and failure to state a claim upon which relief may be granted and motion to transfer venue or in the alternative to stay is scheduled for July 17, 2008;

WHEREAS, on June 25, 2008, CFC's shareholders voted to approve CFC's merger with a wholly owned subsidiary of Bank of America Corporation ("BAC"), and that merger closed on July 1, 2008;

WHEREAS, the Countrywide Defendants have filed, concurrent with this Stipulated Amended Order, a motion to dismiss this case arguing that under Delaware law, as a result of the BAC-CFC merger, Plaintiffs are no longer shareholders of CFC and no longer have standing to pursue this shareholder derivative action;

NOW THEREFORE, it is hereby stipulated and agreed by and between the parties, through their counsel and subject to the approval of the Court, that the Countrywide Defendants' motion to dismiss [D.I. No. 46], the Former Directors' motion to dismiss [D.I. No. 39], and the motion to transfer venue or, alternatively, to stay [D.I. No. 40] should be taken off calendar and that oral argument on those motions and on the concurrently-filed motion to dismiss for lack of standing should be rescheduled for the same day after the briefing is complete on the motion to dismiss for lack of standing.

2

/s/ Steven J. Fineman
Thomas A. Beck (# 2086)
Steven J. Fineman (# 4025)
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington DE 19801
302-651-7700
Beck@rlf.com
Fineman@rlf.com
*Attorneys for Defendants: Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, Keith P. Russell, and Nominal Defendant Countrywide Financial Corporation*

OF COUNSEL:
Brian E. Pastuszenski
Stuart M. Glass
Goodwin Procter LLP
53 State Street
Boston, Massachusetts  02109
(617) 570-1000

/s/ Edward P. Welch
Edward P. Welch (# 671)
Edward Micheletti (# 3794)
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington DE 19899
302-651-3000
ewelch@skadden.com
emich@skadden.com
*Attorneys for Defendants: Michael E. Dougherty, Kathleen Brown*

/s/Robert D. Goldberg
Robert D. Goldberg (# 631)
Biggs & Battaglia
921 N. Orange Street
P.O. Box 1489
Wilmington De 19899-1489
302-655-9677
goldberg@batlaw.com
*Attorneys for Plaintiffs International Brotherhood of Electrical Workers and Adam Blumberg*

OF COUNSEL:
Barrack, Rodos & Bacine
Alexander Arnold Gershon
Regina M. Calcaterra
Gloria Kui
1350 Broadway, Suite 1001
New York, New York 10018
(212) 688-0782

Barrack, Rodos & Bacine
Daniel E. Bacine
Two Commerce Square
2001 Market Street B Suite 3300
Philadelphia, Pennsylvania
(215) 963-0600

**SO ORDERED** this _____ day of _____, 2008.

_____
United States District Court Judge

3