IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION | C.A. No. 1:07-372 SLR (MPT)<br><br>(Consolidated Action) |
| THIS RELATES TO ALL ACTIONS | |

**POST-MERGER MOTION TO DISMISS OF DEFENDANTS CISNEROS, CUNNINGHAM, DONATO, MELONE, MOZILO, PARRY, ROBERTSON, RUSSELL, AND SNYDER AND NOMINAL DEFENDANT COUNTRYWIDE FINANCIAL CORPORATION**

Individual defendants Henry G. Cisneros, Jeffrey M. Cunningham, Robert L. Donato, Martin R. Melone, Angelo R. Mozilo, Robert T. Parry, Oscar P. Robertson, Keith P. Russell, and Harley W. Snyder and nominal defendant Countrywide Financial Corporation, by and through their undersigned counsel, move this Court for an order in the form attached hereto dismissing with prejudice the captioned action pursuant to Fed. R. Civ. P. 12(b). The grounds for this motion are set forth in the Opening Brief in Support of Post-Merger Motion to Dismiss of Defendants Cisneros, Cunningham, Donato, Melone, Mozilo, Parry, Robertson, Russell, and Snyder and Nominal Defendant Countrywide Financial Corporation, and the Declaration of Steven J. Fineman filed contemporaneously herewith.

/s/ Thomas A. Beck
Thomas A. Beck (#2086)
beck@rlf.com
Steven Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19801
(302) 651-7700

OF COUNSEL:

Brian E. Pastuszenski
Stuart M. Glass
GOODWIN PROCTER LLP
53 State Street
Boston, Massachusetts 02109
(617) 570-1000

*Attorneys for Defendants Cisneros, Cunningham, Donato, Melone, Mozilo, Parry, Robertson, Russell, and Snyder, and Nominal Defendant Countrywide Financial Corporation*

Dated: July 10, 2008

2

RLF1-3301151-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

| | |
|---|---|
| Robert D. Goldberg, Esquire<br>Biggs & Battaglia<br>921 North Orange Street<br>P.O. Box 1489<br>Wilmington, DE 19899 | Edward P. Welch, Esquire<br>Edward B. Micheletti, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square, P.O. Box 636<br>Wilmington, DE 19899-0636 |

Steven J. Fineman (#4025)
fineman@rlf.com
Richards, Layton & Finger
One Rodney Square
PO Box 551
Wilmington, DE 19899

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION<br><br>THIS RELATES TO ALL ACTIONS | C.A. No. 1:07-372 SLR (MPT)<br><br>(Consolidated Action) |

### ORDER

WHEREAS, individual defendants Henry G. Cisneros, Jeffrey M. Cunningham, Robert L. Donato, Martin R. Melone, Angelo R. Mozilo, Robert T. Parry, Oscar P. Robertson, Keith P. Russell, and Harley W. Snyder and nominal defendant Countrywide Financial Corporation having moved this Court for a dismissal of the captioned action with prejudice (the "Motion");

WHEREAS, the Court having considered the briefs and argument in support of and in opposition to the Motion, and good cause having been shown for the relief sought in the Motion;

IT IS HEREBY ORDERED this _____ day of _____, 2008 that the Post-Merger Motion to Dismiss of Defendants Cisneros, Cunningham, Donato, Melone, Mozilo, Parry, Robertson, Russell, and Snyder and Nominal Defendant Countrywide Financial Corporation is GRANTED, and the captioned action is dismissed with prejudice.

SO ORDERED this _____ day of _____, 2008.

_____
United States District Court Judge