IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE COUNTRYWIDE FINANCIAL CORPORATION DERIVATIVE LITIGATION<br><br>THIS RELATES TO ALL ACTIONS | C.A. No. 1:07-00372 SLR (MPT)<br>(Consolidated Action)<br>Judge Sue L. Robinson |

**DEFENDANTS MICHAEL E. DOUGHERTY AND KATHLEEN BROWN'S JOINDER IN DEFENDANTS' POST-MERGER MOTION TO DISMISS**

Defendants Michael E. Dougherty and Kathleen Brown (collectively, the "Former Directors"), by and through their undersigned counsel, respectfully join in the arguments and request for relief set forth in the Post-Merger Motion to Dismiss, and the supporting opening brief, filed by individual defendants Angelo R. Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham, Martin R. Melone, Robert T. Parry, Oscar P. Robertson, and Keith P. Russell and nominal defendant Countrywide Financial Corporation ("Countrywide") (collectively, the "Countrywide Defendants") on July 10, 2008.

As the Countrywide Defendants explained in their opening brief, Plaintiffs lost standing to prosecute this action following the July 1, 2008 merger between Countrywide and Bank of America Corporation. Under well-settled Delaware law, a plaintiff in a derivative action who ceases to be a shareholder of a corporation upon the consummation of a merger loses standing to pursue the action on behalf of that corporation. As the Delaware Supreme Court recently explained in *Feldman v. Cutaia*: "[t]wenty-four years ago, in the seminal case of *Lewis v. Anderson,* this Court held that a corporate merger generally extinguishes a plaintiff's standing to maintain a derivative suit." C.A. No. 466, 2008 Del. LEXIS 249, at *8-9 (Del. May 30, 2008)

(dismissing case on ground that merger eliminated plaintiffs' standing to pursue derivative action and holding that since a "derivative claim is a property right owned by the nominal corporate defendant, that right flows to the acquiring corporation by operation of a merger"). For the reasons set forth in the Countrywide Defendants' opening brief, the Court should apply this well established black-letter law to dismiss this action in its entirety.

/s/ Edward B. Micheletti
Edward P. Welch (I.D. No. 671)
Edward B. Micheletti (I.D. No. 3794)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Rodney Square, P.O. Box 636
Wilmington, DE 19899
Tel.: (302) 651-3000
Fax: (302) 651-3001
E-mail: emich@skadden.com

*Attorneys for Defendants Michael E. Dougherty and Kathleen Brown*

Dated: July 17, 2008