IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE COUNTRYWIDE FINANCIAL | ) | Master Docket No. |
| CORPORATION DERIVATIVE | ) | 1:07-cv-00372(SLR) |
| LITIGATION | ) | |
| | ) | (Consolidated Action) |
| | ) | Judge Sue L. Robinson |

## **STIPULATED BRIEF SCHEDULING ORDER**

WHEREAS, defendants Robert T. Parry, Oscar P. Robertson, Keith P. Russell, Michael

E. Dougherty, Countrywide Financial Corporation, David Sambol, Kathleen Brown, Angelo R.

Mozilo, Henry G. Cisneros, Robert L. Donato, Harley W. Snyder, Jeffrey M. Cunningham,

Martin R. Melone have filed a Motion to Dismiss based upon lack of standing; and

WHEREAS, an Opening Brief in Support of the Post Merger Motion to Dismiss of

Defendants was filed on July 10, 2008 and was joined in by defendants Michael E. Dougherty

and Kathleen Brown on July 17, 2008; and

WHEREAS, Plaintiffs' response date, in accordance with local rules, is July 28, 2008;

and .

WHEREAS, at Plaintiffs' request the parties have agreed, subject to the approval of the

Court, upon a modified Briefing scheduled, as set forth below.

NOW THEREFORE, it is hereby stipulated and agreed by and between the parties,

through their counsel and subject to the approval of the Court, that the time within which

Plaintiffs shall file their Opposition Brief to Defendants' Motion to Dismiss based upon lack

of standing is extended from July 28, 2008 to August 1, 2008 and that the time within which

Defendants shall file their Reply Brief is extended to August 13, 2008.

/s/ Steven J. Fineman
Thomas A. Beck (# 2086)
Steven J. Fineman (# 4025)
Richards Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington DE 19801
302-651-7700
Beck@rlf.com
Fineman@rlf.com
*Attorneys for Defendants: Angelo R. Mozilo,*
*Henry G. Cisneros, Robert L. Donato, Harley*
*W. Snyder, Jeffrey M. Cunningham, Martin R.*
*Melone, Robert T. Parry, Oscar P. Robertson,*
*Keith P. Russell, and Nominal Defendant*
*Countrywide Financial Corporation*

OF COUNSEL:
Brian E. Pastuszenski
Stuart M. Glass
Goodwin Procter LLP
53 State Street
Boston, Massachusetts 02109
(617) 570-1000

/s/ Edward P. Welch
Edward P. Welch (# 671)
Edward Micheletti (# 3794)
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington DE 19899
302-651-3000
ewelch@skadden.com
emich@skadden.com
*Attorneys for Defendants: Michael E.*
*Dougherty, Kathleen Brown*

/s/Robert D. Goldberg
Robert D. Goldberg (# 631)
Biggs & Battaglia
921 N. Orange Street
P.O. Box 1489
Wilmington De 19899-1489
302-655-9677
goldberg@batlaw.com
*Attorneys for Plaintiffs International*
*Brotherhood of Electrical Workers and Adam*
*Blumberg*

OF COUNSEL:
Barrack, Rodos & Bacine
Alexander Arnold Gershon
Regina M. Calcaterra
Gloria Kui
1350 Broadway, Suite 1001
New York, New York 10018
(212) 688-0782

Barrack, Rodos & Bacine
Daniel E. Bacine
Two Commerce Square
2001 Market Street B Suite 3300
Philadelphia, Pennsylvania
(215) 963-0600

**IT IS SO ORDERED**

Dated: _____          _____
                                                    U.S.D.J.